**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Finest Coachbuilding Group LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Radford Motors** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-2748105** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**3161 Red Hill Ave**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Orange**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.Radford.co** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Finest Coachbuilding Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor    **Finest Coachbuilding Group LLC**                          Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Finest Coachbuilding Group LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Finest Coachbuilding Group LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 9, 2024**
                        MM / DD / YYYY

X _____        **Daniel Bednarski**
Signature of authorized representative of debtor        Printed name

Title    **CFO/COO**

**18. Signature of attorney**

X    */s/ Thomas J. Francella, Jr.*        Date **October 9, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Thomas J. Francella, Jr.**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**1200 N. Broom Street**
**Wilmington, DE 19806**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 772-5805**        Email address

**3835 DE**
Bar number and State

## ACTION BY WRITTEN CONSENT

## OF THE BOARD OF DIRECTORS

## FINEST COACHBUILDING GROUP, LLC
a Delaware limited liability company

### Effective as of October 9, 2024
("**Effective Date**")

In accordance with the Delaware Limited Liability Company Act (the "**Act**") and the Amended and Restated Operating Agreement (the "**Operating Agreement**") for Finest Coachbuilding Group, LLC, a Delaware limited liability company (the "**Company**"), the undersigned Board of Directors of the Company (the "**Board**") hereby adopts the following recitals and resolutions by written consent (this "**Consent**"). Capitalized terms used but not otherwise defined in this Consent have the meanings ascribed to them in the Operating Agreement.

*Approval by Board of Directors to File Chapter 11 Bankruptcy*

A.    The Board has reviewed the Company's financial situation, prospects, need for funding, opportunities to secure investment or financing, assets, liabilities, and pending litigation, and the interests of the Company's creditors and other stakeholders.

B.    The Board has determined that the Company is in financial distress and should seek the protection of the Bankruptcy Court for, among other things, the protection of the Company's assets and the reorganization of its financial affairs and to preserve value for all stakeholders of the Company.

C.    Under the Operating Agreement, all decisions concerning the business affairs of the Company shall be made by the Board.

D.    The Board finds and determines that it is in the best interest of the Company, and the Company's creditors, to commence a case under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, BE IT RESOLVED THAT:**

1.    The Board hereby approves, resolves, authorizes, consents, and votes in favor of the Company filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**").

2.    The Company, without further action from the Board or any Member of the Company, shall commence the Chapter 11 Case on October 9, 2024, or such other date determined by Anthony Anstead, the Chief Executive Officer of the Company (the "**CEO**"), and the Company shall perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing and to prosecute the Chapter 11 Case to a successful conclusion.

1

3.      The CEO and each Authorized Person (as defined below) is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and are authorized to designate any other officer, professional, or designated representative of the Company to sign any other such documents on behalf of the Company.

4.      Without further action or approval of the Board or any Member(s) of the Company, as an authorized representative of the Company, each Authorized Person is authorized to cause the Company to employ any professionals to represent or assist the Company in connection with the Chapter 11 Case that such Authorized Person deems to be necessary, appropriate, desirable, or in the best interest of the Company, to negotiate the terms of such employment, and to execute the retention agreements and/or bankruptcy employment applications related to such employment, and to designate any other officer, professional or designated representative to sign any such documents, agreements, or applications on behalf of the Company.

5.      Without further action or approval of the Board or any Member(s) of the Company, as an authorized representative of the Company, each Authorized Person is authorized to cause the Company to retain the law firm of Raines Feldman Littrell LLP ("**RFL**") to serve as the Company's general bankruptcy counsel upon terms that are mutually acceptable to the Company, as determined by such Authorized Person, and RFL.  Each Authorized Person, as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of RFL and to execute the Company's retention agreement or designate any other officer, professional or designated representative to sign any such agreement on behalf of the Company, and is authorized to cause the Company to comply with the terms of the Company's employment of RFL.

6.      Without further action or approval of the Board of Directors or any Member(s) of the Company, each of the CEO and Daniel Bednarski as the Chief Financial Officer and Chief Operating Officer of the Company (together, and with any persons to whom such person delegate certain responsibilities, each, an "**Authorized Person**" and collectively, the "**Authorized Persons**"), is hereby authorized and appointed to act as signatory on behalf of the Company in respect of the Chapter 11 Case and, acting alone or with one or more other Authorized Persons, is authorized and empowered to appear in all bankruptcy proceedings on behalf of the Company and to execute, verify, deliver and file on behalf of, and in the name of, the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents to commence or administer the Chapter 11 Case and obtain any relief in accordance with these resolutions, and to take, or cause to be taken, any and all action that such Authorized Person(s) in his/her/their absolute discretion deems necessary, appropriate or desirable to obtain the relief authorized in these resolutions, including, without limitation, any action necessary, appropriate or desirable to maintain the ordinary course operations of the Company's or any affiliate's businesses, and to prosecute the Chapter 11 Case, including proposing, and seeking confirmation of, any plan or plans of reorganization, and any and all other actions that such Authorized Person(s) in his/her/their absolute discretion deems necessary, appropriate or desirable to obtain to prosecute or defend in the Chapter 11 Case;

10385627.1

7.      Without further action or approval of the Board or any Member(s) of the Company, each Authorized Person, as the authorized representative of the Company, is empowered with and granted the power, right and authority to (a) commence the Chapter 11 Case by causing to be prepared, signed, filed and prosecuted on behalf of the Company to conclusion by confirmation of a reorganization plan, a petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition"), (b) direct the Company and its counsel in the Bankruptcy Case, and (c) take any and all actions necessary or appropriate in his or her business judgment to successfully prosecute the Chapter 11 Case (including, without limitation, those actions identified below), and each Authorized Person is designated and authorized to act as a "Responsible Individual" or "Authorized Agent" for the Company as may be required by Federal Rule of Bankruptcy Procedure 9001(5) and the local rules of the bankruptcy court.  The actions that each Authorized Person has the authority to cause the Company to take after the filing of the Petition without any further approval of the Board or any Member(s) of the Company shall include, but not be limited to, all of the following: preparing and pursuing confirmation of a plan of reorganization and related disclosure statement, and seeking to confirm such plan; the preparation of budgets, cash flow projections, and other financial information for the Company; employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-petition financing and executing any agreements related to any of the foregoing; filings and responses to motions and/or adversary proceedings; compensating employees; entering into, or continuing with, agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, and suppliers; assuming, assigning, or rejecting executory contacts and unexpired leases and seeking Bankruptcy Court approval of such as needed; renegotiating the terms of executory contracts and unexpired leases; negotiating and entering into new or amended leases and agreements; commencing and defending litigation involving the Company; causing the Company to take whatever steps are necessary to be in compliance with the Bankruptcy Code or any orders of the Bankruptcy Court; and to appear, testify, and otherwise act on the Company's behalf in the Bankruptcy Case, including to prepare, sign, file and/or execute all agreements, instruments, and documents, and to do all things as shall be necessary and appropriate in his best judgment to effect the foregoing and the reorganization of the Company.  Each Authorized Person is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

8.      All prior acts and deeds of the CEO, each other Authorized Person, and any other officer of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified, and confirmed in all respects as the respective acts and deeds of the Company.

///

///

///

///

10385627.1

9.      Should any portion of this Consent be held or otherwise become unenforceable or invalid for any reason, the remaining portions of this Consent shall be unaffected by such enforceability or invalidity.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Consent effective as of the Effective Date.

DATED:  October __8__, 2024

**Board of Directors**

Finest Coachbuilding Group, LLC,
A Delaware limited liability company

_Anthony Anstead_
Anthony Anstead
Director

_Daniel Bednarski_
Daniel Bednarski
Director

Izzy Roa
Director

Jenson Button
Director

_Aaron Shelby_
Aaron Shelby
Director

**Fill in this information to identify the case:**

Debtor name   **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐ *Schedule H: Codebtors (Official Form 206H)*
☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☑ Other document that requires a declaration   Twenty Largest Unsecured Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/9/2024       X _____
                         Signature of individual signing on behalf of debtor

                         **Daniel Bednarski**
                         Printed name

                         **CFO/COO**
                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Finest Coachbuilding Group LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hitzke & Ferran LLP 100 Oceangate #1100 Long Beach, CA 90802** | **Melody Gheddissi** <br><br> **melody.gheddissi @hitzkelaw.com (562) 437-2807** | | | | | **$145,259.71** |
| **bill.com 6220 America Center Drive San Jose, CA 95002** | | **Professional Services** | | | | **$74,885.82** |
| **Schaefer Trans inc 1960 E. Grand Avenue, Suite 730 El Segundo, CA 90245** | **Jane Rogers** <br><br> **felix.flaig@schaefe rtransinc.com 310 649-6381** | **Professional Services** | | | | **$47,381.99** |
| **Dasis Partners Spring Business Park New Lane Unit 5 Havant PO9 2GJ Hampshire GREAT BRITIAN** | **Louise South** | **Trade Debt** | | | | **$37,474.56** |
| **R53 Engineering Ltd Unit 12 Heathcote Way Heathcote Industrial Estate Warwick Warwickshire CV34 6TE UNITED KINGDOM** | **Melanie Hancock** <br><br> **m.hancock@r53en gineering.com 01926330287** | **Trade Debt** | | | | **$26,258.83** |
| **CARS USA Shipping LLC 15205 S. Main Street Gardena, CA 90248** | **Robin Grove** <br><br> **robin@carusa.com 310 695-6403** | **Professional Services** | **Unliquidated Disputed** | | | **$24,343.35** |

| Debtor | **Finest Coachbuilding Group LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scarbo Performance Corp** **26212 Dimension Unit 110 Lake Forest, CA 92630** | **Joe Scarbo** **joe@scarboperformance.com** **949 433-9378** | **Trade Debt** | | | | **$16,919.13** |
| **FTP Sports Management Limited 9700 Westmere Ln Fort Worth, TX 76108** | **Nick King** **+447736464420** | **Professional Services** | | | | **$16,444.70** |
| **Influence Associates Ltd. GBP 22 SoHo Square London, W1d 4NS UNITED KINGDOM** | **sara@influenceassociates.com** **44 20 7287 9610** | **Professional Services** | | | | **$14,999.12** |
| **355 Automobile Restorations Water Lane Farm, The Hayloft Albury, Guildford GU5 9BD UNITED KINGDOM** | | **Trade Debt** | | | | **$14,080.59** |
| **Dymag Group Limited Bumpers Farm Industrial Estate, Units A&B Brunel Park Vincents Road Chippenham SN14 6NQ UNITED KINGDOM** | **Tom de Lange** **tom.delange@dymag.com** **44(0)1249 446438** | **Trade Debt** | | | | **$13,724.57** |
| **Pilbeam Racing Designs Ltd. Graham Hill Way, Cherry Holt Road Bourne Lincs PE10 9PJ Lincolnshire ENGLAND** | **Mike Pilbeam** **mike@pilbeamracing.co.uk** **44(0) 1778 424 838** | **Trade Debt** | | | | **$11,848.93** |
| **Cruz Consulting Limited(Sam Jones) 102 Tettenhall Road Wolverhampton, WV6 0BW UNITED KINGDOM** | | **Professional Services** | | | | **$11,541.78** |
| **Gallagher Risk Management 3655 Nobel Drive San Diego, CA 92122** | | **Professional Services** | | | | **$10,537.77** |

| Debtor | **Finest Coachbuilding Group LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Muon Tech Ltd.** **Silverstone Technology Centre** **Northamptonshire** **NN12 8GX** **ENGLAND** | **Robin Boyd** robin@muontech.co.uk | **Trade Debt** | | | | **$9,631.52** |
| **Brian M. Shaw CPA** **PO Box 944** **Tustin, CA 92781** | **Brian M. Shaw** brian@bshawcpa.com **(949) 300-1842** | **Professional Services** | | | | **$9,050.00** |
| **Kroesche Schindler LLP** **2603 Main Street, Suite 200** **Irvine, CA 92614** | **Thomas R. Kroesche** tkroesche@kslaw.legal **949 379-6624** | **Professional Services** | | | | **$8,148.00** |
| **Loza & Loza LLP** **305 N. Second Ave., #127** **Upland, CA 91786** | **David Sarisky** **(805) 409-3062** | **Professional Services** | | | | **$7,133.00** |
| **IBP MEDIA** **4580 East Thousand Oaks Blvd.** **Suite 325** **Westlake Village, CA 91362** | **Dan Weikel** dweikel@ibpmedia.com **805 370-8403** | **Professional Services** | | | | **$7,000.00** |
| **Stratasys Direct Manufacturing** **7665 Commerce Way** **Eden Prairie, MN 55344** | accountsreceiveable@stratasys.com | **Professional Services** | | | | **$5,886.06** |

**United States Bankruptcy Court**
**District of Delaware**

In re   **Finest Coachbuilding Group LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO/COO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 9, 2024**

**Daniel Bednarski/CFO/COO**
Signer/Title

FINEST COACHBUILDING GROUP LLC
3161 RED HILL AVE
COSTA MESA, CA 92626

THOMAS J. FRANCELLA, JR.
RAINES FELDMAN LITTRELL LLP
1200 N. BROOM STREET
WILMINGTON, DE 19806

OFFICE OF US TRUSTEE - DE
844 KING STREET
SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

355 AUTOMOBILE RESTORATIONS
WATER LANE FARM, THE HAYLOFT
ALBURY, GUILDFORD GU5 9BD
UNITED KINGDOM

AA SHEL, LLC
5217 MCKINNEY AVE
SUITE 500
DALLAS, TX 75205

ACE TECHNOLOGY
1009 E. CHESTNUT AVE.
SANTA ANA, CA 92701

ADOBE.COM
345 PARK AVENUE
SAN JOSE, CA 95110

AIRFLOAT COACH MANUFACTURING CO LLC
710 GRIFFITH WAY
LAGUNA BEACH, CA 92651

AJG INSURANCE
2850 GOLF ROAD
ROLLING MEADOWS, IL 60008

ALCANTARA S.P.A.
VIA MECENATE, 86
20138 MILANO MI
ITALY

AMAZON
410 TERRY AVE N
SEATTLE, WA 98109

AMTRUST NORTH AMERICA
59 MAIDEN LANE
NEW YORK, NY 10038

ANDREW K. ALPER
FRANDZEL ROBINS, BLOOM & CASTRO LC
1000 WILSHIRE BLVD., 19TH FLOOR
LOS ANGELES, CA 90017

ANTHONY ANSTEAD
626 ROMONA
LAGUNA BEACH, CA 92651

AP RACING
SEVEN STARS INDUSTRIAL ESTATE
WHELER RD.
COVENTRY CV3 4LB
UNITED KINGDOM

AQUA TECH
ONE FOUR COINS DR
CANONSBURG, PA 15317

ARIA GROUP INC.
17395 DAIMLER ST
IRVINE, CA 92614

AUTO STABLE MOTOR MOVERS LTD.
UNIT 46, LODGE FARM BUSINESS CENTRE
WOLVERTON RD., CASTLETHORPE
MILTON KEYNES MK19 7ES
UNITED KINGDOM

AUTODESK ADY
111 MCINNIS PARKWAY
SAN RAFAEL, CA 94903

BILL DUNN ONE STOP SHOP
17922 GOTHARD ST A1
HUNTINGTON BEACH, CA 92647

BILL.COM
6220 AMERICA CENTER DRIVE
SAN JOSE, CA 95002

BRAND U PROMOTIONAL PRODUCTS
133 SETTLERS LANDING DR.
PONTE VEDRA, FL 32081

BREMONT
THE WING, READING RD
HENLEY-ON-THOMAS RG9 4GE
UNITED KINGDOM

BRIAN M. SHAW CPA
PO BOX 944
TUSTIN, CA 92781

BRITISH PATHE
3.29 CANTERBURY COURT
1-3 BRIXTON RD
LONDON SW9 6DE
UNITED KINGDOM

BRYAN K.T HINDS
4886 REVERE ST
CHINO, CA 91710

C TRIM  LTD
THE BRYE TEWIN HILL FARM
TEWIN HILL WELWYN
HERTFORDSHIRE AL6 OLL
UNITED KINGDOM

CA FEE AND SALES TAX
321 POWER INN ROAD
SUITE 210
SACRAMENTO, CA 95826

CANVA
110 KIPPAX STREET
SYDNEY
SURRY HILLS NSW 2010
AUSTRALIA

CARS USA SHIPPING LLC
15205 S. MAIN STREET
GARDENA, CA 90248

COMET CATERING EQUIPMENT CO. LTD
BRIMSDOWN INDUSTRIAL ESTATE
45 LOCKFIELD AVE.
ENFIELD EN3 7XZ
UNITED KINGDOM

COSTA MESA COLLISION (ASA AUTO)
2073 HARBOR BLVD
COSTA MESA, CA 92627

CP TECH GMBH EUR
DORNIERSTRABE 7
D-33142 BUREN
GERMANY

CROSS CREEK MEDIA, LLC
567 SOUTH HOLLYWOOD ROAD
HOUMA, LA 70360

CRUZ CONSULTING LIMITED(SAM JONES)
102 TETTENHALL ROAD
WOLVERHAMPTON, WV6 0BW
UNITED KINGDOM

```
D K LOGISTICS
CLIVEDEN CHAMBERS, CLIVEDON PLACE
LONGTON, STOKE ON TRENT
STAFFORDSHIRE ST3 4JB
UNITED KINGDOM

DANIEL BEDNARSKI
22 BALBOA COVES
NEWPORT BEACH, CA 92663

DASIS PARTNERS
SPRING BUSINESS PARK NEW LANE
UNIT 5
HAVANT PO9 2GJ HAMPSHIRE
GREAT BRITIAN

DAVID BAYLIS DESIGN
445 W 2ND AVE
VANCOUVER BC V5Y 1ES
CANADA

DHL EXPRESS
3232 S FAIRVIEW ST
SANTA ANA, CA 92704

DIVVY PEACH LLC
13707 SOUTH 200 WEST
DRAPER, UT 84020

DOWSETTS CLASSIC CARS LTD
DOWSETTS FARM
DOWSETTS LANE COLLIERS END
HERTFORDSHIRE, SG11 1EF
UNITED KINGDOM

DYMAG GROUP LIMITED
BUMPERS FARM INDUSTRIAL ESTATE,
UNITS A&B BRUNEL PARK VINCENTS ROAD
CHIPPENHAM SN14 6NQ
UNITED KINGDOM

EDISON INTERNATIONAL
P.O. BOX 976
ROSEMEAD, CA 91770

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 19010 MIC 49
SAN BERNARDINO, CA 92423
```

FEDEX
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN 38120

FLORIDA DEPT. OF REVENUE
PO BOX 6500
TALLAHASSEE, FL 32314-6500

FOLEY, BEZEK, BEHLE & CURTIS, LLP
15 W. CARRILLO STREET
SANTA BARBARA, CA 93101

FOOSE DESIGN
17811 SAMPSON LN
HUNTINGTON BEACH, CA 92647

FRANCHISE TAX BOARD
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO, CA 94267

FTP SPORTS MANAGEMENT LIMITED
9700 WESTMERE LN
FORT WORTH, TX 76108

FTP SPORTS MANAGEMENT LIMITED
15 POLAND STREET, SOHO
LONDON W1F 8QE
ENGLAND

GALLAGHER RISK MANAGEMENT
3655 NOBEL DRIVE
SAN DIEGO, CA 92122

GOOGLE GSUITE
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

GORINGE ACCOUNTANTS LTD
1650 ARLINGTON BUSINESS PARK
THEALE, READING,
BERKSHIRE RG7 4SA
UNITED KINGDOM

GRIFFITH HACK
LEVEL 15, 376-390 COLLINS ST
MELBOURNE VIC 3000
AUSTRALIA

```
GSUITE
PO BOX 1285
MELBOURNE VIC 3001
AUSTRALIA

HACKSTONE
333 W OSTEND ST
BALTIMORE, MD 21230

HITZKE & FERRAN LLP
100 OCEANGATE
#1100
LONG BEACH, CA 90802

HOLLAND AUTOMOTIVE USA INC.
C/O HALBERT RASMUSSEN
SCALI RASMUSSEN PC
300 S. GRAND AVE., SUITE 2750
LOS ANGELES, CA 90071-3144

HUCKLEBERRY MOUNTAIN
32 BRAMELY ROAD
CHELTENHAM
GLOUCESTERSHIRE GL5 17LT
UNITED KINGDOM

HYELAND TOWING
1127 W ALVAREZ AVE
ORANGE, CA 92868

IBP MEDIA
4580 EAST THOUSAND OAKS BLVD.
SUITE 325
WESTLAKE VILLAGE, CA 91362

INFLUENCE ASSOCIATES LTD. GBP
22 SOHO SQUARE
LONDON, W1D 4NS
UNITED KINGDOM

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
321 POWER INN ROAD
SUITE 210
SACRAMENTO, CA 95826

INTERSECTION CAPITAL
2443 IMPALA DRIVE CARLSBAD CA 92010

ISABEL ROA
283 DOLPHIN WAY
LAGUNA BEACH, CA 92651
```

JENSON BUTTON
24975 MULHOLLAND HWY
CALABASAS, CA 91302

JG TRIM LTD
17 NORTHFIELD ROAD
SAPCOTE LEICESTERSHIRE LE9 4GA
ENGLAND

JP DESIGN & INNOVATION JUBU
SAXENEGG 3A
4323 MUNZBACH
AUSTRIA

KAPPA EUR
KLEINES FELD 6
37130 GLEICHEN
GERMANY

KEYSTON BROS.
1151 N KRAEMER PL
ANAHEIM, CA 92806

KROESCHE SCHINDLER LLP
2603 MAIN STREET, SUITE 200
IRVINE, CA 92614

LELLA SOPER GBP
LONDON W1B 1NU
UNITED KINGDOM

LIPIK GLAS (ISOCLIMA) EUR
STAKLANSKA BB,
LIPIK, 34551 CROATIA
CROATIA

LOZA & LOZA LLP
305 N. SECOND AVE., #127
UPLAND, CA 91786

LOZA & LOZA LLP
500 N STATE COLLEGE BLVD
ORANGE, CA 92868

LUGNUT INC
11905 HARTSOOK STREET
VALLEY VILLAGE, CA 91607

MARKS & CLERK LLP
62-68 HILLS ROAD
CAMBRIDGE CB2 1LA
UNITED KINGDOM

MCCOLLISTER'S GLOBAL SERVICES, INC.
10672 JASMINE ST, FONTANA, CA 92337
FONTANA, CA 92337

MCMASTER-CARR
9630 NORWALK BLVD
SANTA FE SPRINGS, CA 92337

MONDAY
6 YITZHAK SADEH ST.
TEL AVIV, 6777506
ISRAEL

MUON TECH LTD.
SILVERSTONE TECHNOLOGY CENTRE
NORTHAMPTONSHIRE NN12 8GX
ENGLAND

NERO INTERIORS
2ND FLOOR HYGEIA HOUSE
66 COLLEGE ROAD HARROW
MIDDLESEX HA1 1BE
UNITED KINGDOM

NERO INTERIORS
11A WEST STREET
MARLOW SL7 2LS
UNITED KINGDOM

NICK AVERY LTD
39A LEICESTER ROAD, SALFORD
MANCHESTER M7 4AS
UNITED KINGDOM

NRC MARKETING
P.O. BOX 823085
DALLAS, TX 75382-3085

ORANGE COUNTY TAX COLLECTOR
500 S. MAIN STREET
2ND FLOOR
ORANGE, CA 92868

PASTOR VELASCO JR.
24 LAKE TRAIL LANE
SANTA ROSA BEACH, FL 32459

PASTOR VELASCO REVOCABLE TRUST
24 LAKE TRAIL LANE
PORT SAINT JOE, FL 32457

PHILIP. T. CHAVE & CO
BELFRY HOUSE, BELL LANE,
HERTFORD, HERTFORDSHIRE, SG14 1BP
ENGLAND

PILBEAM RACING DESIGNS LTD.
GRAHAM HILL WAY, CHERRY HOLT ROAD
BOURNE LINCS PE10 9PJ LINCOLNSHIRE
ENGLAND

PILKINGTON
6081 RICKENBACKER RD
LOS ANGELES, CA 90040

PONY.AI
3501 GATEWAY BLVD.
FREMONT, CA 94538

PONY.AI, INC.
3501 GATEWAY BLVD.
FREMONT, CA 94538

PUBLIC STORAGE
P.O. BOX 25050
GLENDALE, CA 91221-5050

QUEEN & COMPANY(LARRY QUEEN)
16520 BAKE PARKWAY, SUITE 110
IRVINE, CA 92618

R53 ENGINEERING LTD
UNIT 12 HEATHCOTE WAY
HEATHCOTE INDUSTRIAL ESTATE
WARWICK WARWICKSHIRE CV34 6TE
UNITED KINGDOM

RADFORD 15575 LLC
15 W. CARRILLO STREET
SANTA BARBARA, CA 93101

RIGHT NETWORKS
14 HAMPSHIRE DRIVE
HUDSON, NH 03051

ROCKFORD CORPORATION
600 S. ROCKFORD DRIVE
TEMPE, AZ 85281

ROGER BEHLE
15 W. CARRILLO STREET
SANTA BARBARA, CA 93101

ROYALTY TOWING
2956 MARCO ST
LAS VEGAS, NV 89115

SALT
1607 MONROVIA AVENUE
COSTA MESA, CA 92627

```
SCARBO PERFORMANCE CORP
26212 DIMENSION UNIT 110
LAKE FOREST, CA 92630

SCARBO PERFORMANCE CORP
46 MILAGRO
RCH SANTA MARGARITA, CA 92688

SCHAEFER TRANS INC
1960 E. GRAND AVENUE, SUITE 730
EL SEGUNDO, CA 90245

SOPHIA KELLY
9700 WESTMERE LN
FORTH WORTH, TX 76108

STRATASYS DIRECT MANUFACTURING
7665 COMMERCE WAY
EDEN PRAIRIE, MN 55344

T MOBILE
PO BOX 37380
ALBUQUERQUE, NM 87176-7380

T&K PRECISION LIMITED
10 GATELODGE CLOSE
ROUND SPINNEY
NORTHAMPTON NN3 8RJ
UNITED KINGDOM

THE EFFICIENT FREIGHT COMPANY
BUSINESS CENTRE, 50 ST LEONARDS RD
BEXHILL-ON-SEA TN40 1JB
UNITED KINGDOM

TILLETT RACING SEATS
STYLES CL
SITTINGBOURNE ME10 3BF
UNITED KINGDOM

TIMOTHY G. TASKER
C/O THOMAS VANCE
VANCE & BLAIR
991 LOMAS STANA FE DR #C-435
SOLANA BEACH, CA 92075

WCM EUROPE-USD
INNOVATION HOUSE, ONE JUNIPER WEST
FENTON WAY
BASILDON SS15 6TD
UNITED KINGDOM

WHALING PACKAGING
21020 S WILMINGTON AVE
CARSON, CA 90810
```

WHITE ELLERTON PLASTICS LTD
UNIT 11 PARK INDUSTRIAL ESTATE
FROGMORE
ST ALBANS AL2 2DR
UNITED KINGDOM

WIPAC TECHNOLOGY LTD
LONDON RD
BUCKINGHAM MK18 1BH
UNITED KINGDOM

WOODLAND INT'L TRANSPORT COMPANY INC.
1979 MARCUS AVENUE, SUITE 214
NEW HYDE PARK, NY 11042

YON INVESTMENTS LTD.
MONTRACHET 45 YORK WAY
FORT GEORGE
ST. PETER PORT GY1 2SY
GUERNSEY

ZIRCOTEC LIMITED
37-41 NUFFIELD WAY
ABINGDON
OXFORDSHIRE OX14 1RL
UNITED KINGDOM

ZOOM.COM
55 ALMADEN BOULEVARD, 6TH FLOOR
SAN JOSE, CA 95113

ZUUMY, LLC
151 S. OLIVE STREET
#3402
LOS ANGELES, CA 90012