## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 Subchapter V |
| | Case No. 24-12327 (JTD) |
| FINEST COACHBUILDING GROUP, LLC, | **Global Notes Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs** |
| Debtor. | |

      Finest Coachbuilding Group, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), submits its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  The Debtor, with the assistance of its advisors and counsel, prepared the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

      These *Global Notes Regarding the Schedules of Assets and Liabilities and Statement of Financial Affairs* (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA.  The Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and SOFA.[1]  The Global Notes are not intended to limit the respective duties and obligations under the Bankruptcy Code and Bankruptcy Rules of the Debtor and counsel.  Rather, the Global Notes are to provide additional information concerning the information included in the Schedules and SOFA.

      **Reservation of Rights.**  As stated above, the Schedules and SOFA have been prepared by the Debtor with the assistance of its advisors and counsel subject to further review and potential amendment.  The Schedules and SOFA were prepared from the books and records of the Debtor or other sources of information that were available at the time of preparation.  The Debtor has made every reasonable effort to ensure the accuracy and completeness of the information included in the Schedules and SOFA.  However, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and SOFA and inadvertent errors, omissions, or inaccuracies may exist.  In addition, all scheduled claims are subject to review and investigation.  The Debtor reserves all rights to amend or supplement its Schedules and SOFA in all respects as may be necessary or appropriate.

---

[1]    These Global Notes are in addition to any specific notes contained in the Schedules or SOFA. The fact that the Debtor has prepared notes with respect to any particular part of the Schedules or SOFA and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to any of the Debtor's Schedules and SOFA, as appropriate.

The Debtor's reservation includes, but is not limited to, the right to dispute or to assert offsets or defenses to any claim reflected in the Schedules and SOFA as to amount, liability, or classification of the claim, to recharacterize any claim, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Additionally, nothing contained in the Schedules and SOFA shall constitute a waiver of rights by the Debtor or the bankruptcy estate involving any present or future causes of action, contested matters, or other issues under the provisions of the Bankruptcy Code or other applicable non-bankruptcy laws.  The Debtor reserves all rights to amend or supplement its Schedules and SOFA should it become aware of additional claims or causes of action it possesses against others.

**Basis of Presentation.**  The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements or other records of the Debtor otherwise prepared, distributed, and/or filed by or for the Debtor.  Moreover, certain of the information in the Schedules, SOFA, and/or these Global Notes is based on books and records (or information therein) prepared or entered previously by former officers and/or directors of the Debtor who are no longer with the Debtor or is based on the Debtor's understanding of decisions made by such former officers and/or directors.  Unless otherwise stated in the Schedules or herein, estimated asset values in the Schedules reflect the original cost to the Debtor or the Debtor's best estimate of such assets values as of October 10, 2024 (the "**Petition Date**") based on information in the Debtor's books and records or other available information.  No independent valuation has been obtained or performed for purposes of preparing the Schedules.  The Debtor reserves all rights, objections, and arguments with respect to the value of any assets serving as collateral for any claim pursuant to 11 U.S.C. § 506(b) or otherwise.  Moreover, due to, among other things, the current unknown value of certain assets, the nature of certain assets and liabilities, and the impact of future events, the Schedules do not constitute a conclusion by the Debtor that it was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

**Estimates.**  The Debtor must make certain estimates and assumptions that affect the reported value of assets and amounts of liabilities.  The Debtor made the best estimates it could based on information in the Debtor's books and records or other available information and after consultation with the Debtor's advisors.  The Debtor reserves all rights to amend the reported value or amounts of assets and liabilities, including, without limitation, to reflect changes in those estimates and assumptions.

**Insiders.**  In the circumstance where the Schedules and SOFA require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be included in the definition of "insider" set forth in § 101(31) of the Bankruptcy Code.  Persons identified as "insiders" have been included for information purposes only.  The Debtor does not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Classification and Claim Descriptions.**  Any failure to designate a claim on the Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the

2

Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets, objections, or defenses to, any claim reflected in its Schedules as to amount, liability, character, or classification, to amend the amount scheduled for such claims, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." The Debtor further reserves the right to seek to subordinate or recharacterize any claim and/or to assert that an alleged creditor listed in the Schedules does not hold any claim against the Debtor.

Listing a claim in Schedule D as "secured" or in Schedule "F" as "unsecured nonpriority," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize, subordinate, or reclassify such claim. Further, as stated above, the Debtor reserves all rights, objections, and arguments with respect to the value of any assets serving as collateral for any claim pursuant to 11 U.S.C. § 506(b) or otherwise and with respect to whether any claim listed in Schedule D is truly "secured" under the Bankruptcy Code.

**Setoffs.** The Debtor may incur setoffs from third parties. Setoffs in the ordinary course can result from various routine transactions and other disputes between the Debtor and third parties. The Debtor reserves all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Specific Notes.** These general notes are in addition to the specific notes set forth below:

     a.    **Schedule A/B, Part 2.** To the Debtor's knowledge, the Debtor has, at times, paid security deposits to landlords for its current space and pursuant to prior leases. However, the Debtor's understanding is that any such deposits have been applied by the applicable landlord and no amounts are remaining.

     b.    **Schedule A/B, Part 3.** As more fully explained in the *Declaration of Daniel Bednarski in Support of Debtor's Motion for Order Authorizing Debtor to Obtain Post-Petition Loan and Use Cash Collateral* [Docket No. 13] (the "**Bednarski Declaration**"), customers enter into Letters of Intent and Coachbuilding Services Agreement ("**CSA**") with the Debtor's wholly owned subsidiary, Radford P62, Inc. ("**Radford**"). The Debtor owns 100% of the stock in Radford. Under the CSA, the purchase price is typically paid in four installments pursuant to certain milestones. Deposits and progress payments are paid by customers to Radford and Radford has the contractual right to future payments under the CSAs. The Debtor builds the customer vehicles. The Debtor contracts directly with vendors and incurs the costs of building the vehicles. Radford pays the customer payments received to the Debtor for operational costs associated with building the vehicles. The collective balance owing for future progress payments under the CSAs, assuming the required milestones are reached, is approximately $5,257,252.20.

     c.    **Schedule A/B, Part 5.** The Debtor's inventory has been listed in two categories, general inventory and inventory included in or associated with a particular vehicle in process at this current time. The value listed in Schedule A/B, Part 5 is based solely on the cost of eighteen (18) chassis acquired from Lotus Cars Limited ("**Lotus**") and such value is based on

the actual amount paid by the Debtor to Lotus to purchase those chassis (based on the exchange rate at the time of purchase).  The amount paid by the Debtor is not necessarily indicative of the current value of the chassis.  The estimated value of the Debtor's inventory is unknown at this time and will be determined in the course of the Bankruptcy Case.  As stated above, an independent valuation was not obtained or performed for purposes of preparing the Schedules.  Certain of the Debtor's inventory may have little to no resale value as inventory because it was obtained specifically for a particular vehicle, including, without limitation, 3D printed parts for a particular vehicle.  The inclusion of the vehicles in process in the Schedules is without prejudice or admission with respect to the ownership rights, if any, of third parties with respect to such vehicles.

       d.    **Schedule A/B, Part 8.**  The Debtor listed its completed Radford Type P62-2 development car in Schedule A/B Part 8.  The customer vehicles in process are included under Schedule A/B, Part 5, as opposed to Part 8, without any prejudice or admission with respect to whether such vehicles are "vehicles" for purposes of the California Vehicle Code.

       e.    **Schedule A/B, Part 11.**  The Debtor has personally identifiable information of customers of Radford.

       f.    **Schedule A/B, Part 11.**  The Debtor may have accrued or may subsequently accrue, certain claims, causes of action, or setoffs, or may assert in litigation claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because certain of these types of assets are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.  The Debtor has listed in its Schedules claims based on a cross-complaint it filed in pending litigation as of the Petition Date and certain other claims existing against third parties related thereto.  However, the claims listed in the Schedules should not be viewed as exhaustive and other claims may exist.

       g.    **Schedule D, Creditors Who Have Claims Secured by Property.**  The Debtor reserves its rights to dispute or challenge the validity or perfection of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D or to seek to avoid any such lien or the transactions or agreements giving rise to such lien.  Moreover, although the Debtor has scheduled certain claims as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of the transaction giving rise to such claim or any document or instrument related to such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  The Debtor reserves all rights, objections, and arguments with respect to the value of any assets serving as collateral for any claim pursuant to 11 U.S.C. § 506(b) or otherwise and to whether any claim listed in Schedule D is truly "secured" under the Bankruptcy Code

h.       **Schedule E/F - Creditors Who Have Unsecured Claims.**  The Debtor attempted to set forth all its unsecured obligations, although the actual amounts of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2.  In many instances, the amounts listed are the Debtor's understanding of the amounts claimed as of the preparation of the Schedules.  The allowed amount of the listed liabilities may ultimately be different.  The Debtor reserves all rights to dispute or challenge any listed claims, the nature of any such claims, or the characterization of the structure of the transaction, document or instrument related to such claims.  The descriptions provided in Schedule E/F are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents are necessary for a complete description of the nature and bases of the claims.  Certain of the debts listed on the Debtor's Schedule E/F are due to affiliates or insiders of the Debtor, including, without limitation, the scheduled claim for Radford, and, as such, are excluded from the amount of the Debtor's debts for purposes of determining whether the Debtor is eligible to be a "small business debtor" under the Bankruptcy Code.  The claim listed for Radford represents the payments made by Radford to the Debtor for the cost to build vehicles.  In addition to being potential debt owed to an affiliate, the claim is contingent and unliquidated.  Any amount that the Debtor may owe to Radford is undetermined because, among other reasons, the total cost to be incurred by the Debtor to complete the vehicles is undetermined.

i.       **SOFA, Part 1.**  For disclosure purposes, the Debtor included in the rider to Part 1 of the SOFA the gross cash receipts of the Debtor in four categories, from Radford, media, merchandise, and other on a cash basis for each applicable year (whether or not such cash receipts are considered "revenues").  For tax purposes, the Debtor did not historically record payments received from Radford as revenues until the vehicle associated with such payment was completed and delivered.  For disclosure purposes only, the Debtor is including payments received from Radford as "gross revenues" in Part 1 of the SOFA.  The Debtor reserves all rights with respect to whether any amounts listed in Part 1 of the SOFA constitute revenue for tax purposes, and nothing contained herein constitutes an admission that such amounts are revenue for tax purposes.  The rider to Part 1 of the SOFA does not include any amounts received from third parties on account of a loan to, or investment in, the Debtor or funds received by the Debtor from an affiliate, Radford Series Holding Company, LLC.

j.       **SOFA, Part 11, No. 21.**  The Debtor listed property currently residing at its subleased offices.  The Debtor has no ownership or other interest in such property.

k.       **SOFA, Part 6, No. 13.**  For purposes of disclosure, the Debtor included certain transfers or payments that may be considered ordinary course.  However, the Debtor omitted any payments to vendors.

### General Disclaimer

The Debtor has prepared the Schedules and SOFA based on the information reflected in the books and records of the Debtor and/or from other sources available at this time (subject to the statements above).  However, inasmuch as such books and records have not been audited or

5

formally closed and evaluated for proper cut-off on the Petition Date or were prepared by officers and/or directors that are no longer with the Debtor, the Debtor cannot warrant the absolute accuracy of these documents.  The Debtor has made a diligent effort to complete the Schedules and SOFA accurately and completely with the assistance of its professionals.

10405592.1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Finest Coachbuilding Group LLC**          Case No.    24-12327
                                               Debtor(s)          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **0.00\*** |
| Prior to the filing of this statement I have received | $     **0.00\*** |
| Balance Due | $     **0.00** |

2.  The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 7, 2024**                           */s/ Mark W. Eckard*
*Date*                                             **Mark W. Eckard (No. 4542)**
                                                     *Signature of Attorney*
                                                     **Raines Feldman Littrell LLP**
                                                     **1200 North Broom Street**
                                                     **Wilmington, DE 19806**
                                                     **(302) 647-1018**
                                                     **meckard@raineslaw.com**
                                                     *Name of law firm*

\* The Firm agreed to be paid for its legal services at its customary hourly rates. The Firm received a retainer in the aggregate amount of $200,000.00 (inclusive of filing fee) and was paid $131,818.23 pre-petition from the retainer.  The Firm holds a retainer of $68,181.77 as of the petition date.

| Fill in this information to identify the case: |
| --- |

Debtor name  **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-12327-JTD**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $        0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $    860,401.17

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $    860,401.17

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $   1,902,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $        0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    9,372,938.89

4. Total liabilities ....................................................................................
   Lines 2 + 3a + 3b

| $    11,274,938.89 |
| --- |

**Fill in this information to identify the case:**

Debtor name    **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-12327-JTD**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **J.P. Morgan Chase Bank** | **Business Checking** | **2634** | $719.01 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $719.01

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Finest Coachbuilding Group LLC**                    Case number *(If known)*  **24-12327-JTD**
Name

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    $0.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies See attached Rider and Global Notes.** | | $859,682.16 | | $859,682.16 |
| **See attached rider** | | $0.00 | | Unknown |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                    $859,682.16

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor    **Finest Coachbuilding Group LLC**                    Case number *(If known)*  **24-12327-JTD**
Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **See attached Rider and Global Notes.** | **$0.00** | | **Unknown** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
        Add lines 39 through 42.  Copy the total to line 86.                                                    **$0.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ☐ No.  Go to Part 9.
        ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See attached Rider and Global Notes.** | **$0.00** | | **Unknown** |
| 47.2.   **Development Car - P62-2** | **$0.00** | | **Unknown** |
| 47.3.   **Development Car - P62-2** | **Unknown** | | **$0.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
        Add lines 47 through 50.  Copy the total to line 87.                                                    **$0.00**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Finest Coachbuilding Group LLC** | Case number *(If known)* | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| Unknown | | $0.00 | | Unknown |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks, Design Patent, Copyright - See attached rider** | Unknown | | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

| Debtor | **Finest Coachbuilding Group LLC** | Case number *(If known)* **24-12327-JTD** |
|---|---|---|
| | Name | |

**63.**   **Customer lists, mailing lists, or other compilations**

**64.**   **Other intangibles, or intellectual property**
    **Media content**          **Unknown**              **Unknown**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**                                         **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**
    Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Cross-complaint against Pat Velasco, Roger Behle, and Stig Investments**
    **Case No.: 30-2024-01385154-CU-BC-NJC**          **To be determined**

| Nature of claim | **Breach of fiduciary duty and related causes of action** |
|---|---|
| Amount requested | **To be determined** |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **Finest Coachbuilding Group LLC**                                    Case number *(if known)*  **24-12327-JTD**
          Name

**Claims related to or based on facts asserted in Velasco**
**v. Finest Coachbuilding Group**
**Case No.: 30-2024-01385154-CU-BC-NJC and other**
**claims against Pastor Velasco, Roger Behle, Stig**
**Investments, Inc., and others**                                                                      **To be**
                                                                                                        **determined**
| Nature of claim | **claims for breach of fiduciary,** |
| | **lender liability, malpractice, and** |
| | **avoidance** |
| Amount requested | **To be determined** |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                    | **$0.00** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor   **Finest Coachbuilding Group LLC**                    Case number *(If known)* **24-12327-JTD**
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $719.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $859,682.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $860,401.17 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $860,401.17 |

**Fill in this information to identify the case:**

Debtor name    **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | |

**2.1   Cross Creek Media, LLC**
Creditor's Name

**567 South Hollywood Road**
**Houma, LA 70360**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Pastor Velasco Jr.

Describe debtor's property that is subject to a lien
**Asserted in All Assets of Debtor**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$0.00**    Column B: **$0.00**

**2.2   Pastor Velasco Jr.**
Creditor's Name

**24 Lake Trail Lane**
**Santa Rosa Beach, FL 32459**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Cross Creek Media, LLC

Describe debtor's property that is subject to a lien
**Asserted in All Assets of Debtor**

Describe the lien
**Avoidable UCC-1**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$1,902,000.00**    Column B: **Unknown**

Debtor   **Finest Coachbuilding Group LLC**                    Case number (if known) _____
          Name

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,902,000.00 |
|----|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew K. Alper**<br>**Frandzel Robins, Bloom & Castro LC**<br>**1000 Wilshire Blvd., 19th Floor**<br>**Los Angeles, CA 90017** | Line __2.2__ | |
| **Jenese Beckstrom**<br>**445 North Blvd, Suite 800**<br>**Baton Rouge, LA 70802** | | |
| **Benjamin J. Court**<br>**STINSON LLP**<br>**50 South Sixth Street, Suite 2600**<br>**Minneapolis, MN 55402** | | |

**Fill in this information to identify the case:**

Debtor name     **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **24-12327-JTD**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **CA Fee and Sales Tax**<br>**321 Power Inn Road**<br>**Suite 210**<br>**Sacramento, CA 95826** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Daniel Bednarski**<br>**On file with Debtor.** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor **Finest Coachbuilding Group LLC**
      Name

Case number (if known) **24-12327-JTD**

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development Department**
**PO Box 19010 MIC 49**
**San Bernardino, CA 92423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Florida Dept. of Revenue**
**PO Box 6500**
**Tallahassee, FL 32314-6500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor    **Finest Coachbuilding Group LLC**                    Case number (if known)    **24-12327-JTD**
_____Name_____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |

**Franchise Tax Board**
**PO Box 942867**
**Sacramento, CA 94267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |

**Internal Revenue Service**
**321 Power Inn Road**
**Suite 210**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |

**Isabel Roa**
**On file with Debtor.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Orange County Tax Collector**
**500 S. Main Street**
**2nd Floor**
**Orange, CA 92868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,080.59 |
|---|---|---|---|

**355 Automobile Restorations**
**Water Lane Farm, The Hayloft**
**Albury, Guildford GU5 9BD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  __Trade Debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185,000.00 |
|---|---|---|---|

**Aaron Shelby**
**On file with Debtor.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  __Loan__

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACE Technology**
**1009 E. Chestnut Ave.**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  __For Notice Purposes Only__

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adobe.com**
**345 Park Avenue**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  __For Notice Purposes Only__

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Airfloat Coach Manufacturing Co LLC**
**710 Griffith Way**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  __For Notice Purposes Only__

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Finest Coachbuilding Group LLC** | | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|---|
| | Name | | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**AJG Insurance**
**2850 Golf Road**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Alcantara S.p.A.**
**Via Mecenate, 86**
**20138 Milano MI**
**ITALY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $2,838.66

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Amazon**
**410 Terry Ave N**
**Seattle, WA 98109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Amtrust North America**
**59 Maiden Lane**
**New York, NY 10038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Anthony Anstead**
**On file with Debtor.**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**AP Racing**
**Seven Stars Industrial Estate**
**Wheler Rd.**
**Coventry CV3 4LB**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Aqua Tech**
**One Four Coins Dr**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

---

**3.13**

Nonpriority creditor's name and mailing address
**Aria Group Inc.**
**17395 Daimler St**
**Irvine, CA 92614**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.14**

Nonpriority creditor's name and mailing address
**Auto Stable Motor Movers Ltd.**
**Unit 46, Lodge Farm Business Centre**
**Wolverton Rd., Castlethorpe**
**Milton Keynes MK19 7ES**
**UNITED KINGDOM**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.15**

Nonpriority creditor's name and mailing address
**Autodesk ADY**
**111 McInnis Parkway**
**San Rafael, CA 94903**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.16**

Nonpriority creditor's name and mailing address
**Bill Dunn One Stop Shop**
**17922 Gothard St A1**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.17**

Nonpriority creditor's name and mailing address
**bill.com**
**6220 America Center Drive**
**San Jose, CA 95002**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

$74,885.82

---

**3.18**

Nonpriority creditor's name and mailing address
**Brand U Promotional Products**
**133 Settlers Landing Dr.**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

$1,944.69

---

**3.19**

Nonpriority creditor's name and mailing address
**Bremont**
**The Wing, Reading Rd**
**Henley-on-Thomas RG9 4GE**
**UNITED KINGDOM**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Finest Coachbuilding Group LLC**                    Case number (if known) **24-12327-JTD**
_____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,050.00** |
|---|---|---|---|

**Brian M. Shaw CPA**
**PO Box 944**
**Tustin, CA 92781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**British Pathe**
**3.29 Canterbury Court**
**1-3 Brixton Rd**
**London SW9 6DE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Bryan K.T Hinds**
**4886 Revere St**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**C Trim  Ltd**
**The Brye Tewin Hill Farm**
**Tewin Hill Welwyn**
**Hertfordshire AL6 OLL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Canva**
**110 Kippax Street**
**Sydney**
**Surry Hills NSW 2010**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,343.35** |
|---|---|---|---|

**CARS USA Shipping LLC**
**15205 S. Main Street**
**Gardena, CA 90248**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Comet Catering Equipment Co. Ltd**
**Brimsdown Industrial Estate**
**45 Lockfield Ave.**
**Enfield EN3 7XZ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Costa Mesa Collision (ASA Auto)**
**2073 Harbor Blvd**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CP Tech Gmbh EUR**
**Dornierstrabe 7**
**D-33142 Buren**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cross Creek Media, LLC**
**567 South Hollywood Road**
**Houma, LA 70360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,541.78**

**Cruz Consulting Limited(Sam Jones)**
**102 Tettenhall Road**
**Wolverhampton, WV6 0BW**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**D K Logistics**
**Cliveden Chambers, Clivedon Place**
**Longton, Stoke on Trent**
**Staffordshire ST3 4JB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,474.56**

**Dasis Partners**
**Spring Business Park New Lane**
**Unit 5**
**Havant PO9 2GJ Hampshire**
**GREAT BRITIAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**David Baylis Design**
**445 W 2nd Ave**
**Vancouver BC V5Y 1ES**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DHL Express**
3232 S Fairview St
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Divvy Peach LLC**
13707 South 200 West
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,574.44 |
|---|---|---|---|

**Dowsetts Classic Cars Ltd**
Dowsetts Farm
Dowsetts Lane Colliers End
Hertfordshire, SG11 1EF
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,724.57 |
|---|---|---|---|

**Dymag Group Limited**
Bumpers Farm Industrial Estate,
Units A&B Brunel Park Vincents Road
Chippenham SN14 6NQ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edison International**
P.O. Box 976
Rosemead, CA 91770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FedEx**
942 South Shady Grove Road
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,151.89 |
|---|---|---|---|

**Foley, Bezek, Behle & Curtis, LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

Debtor **Finest Coachbuilding Group LLC**                    Case number (if known) **24-12327-JTD**
_____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Foose Design**
**17811 Sampson Ln**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,444.70 |
|---|---|---|---|

**FTP Sports Management Limited**
**9700 Westmere Ln**
**Fort Worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FTP Sports Management Limited**
**15 Poland Street, Soho**
**London W1F 8QE**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,537.77 |
|---|---|---|---|

**Gallagher Risk Management**
**3655 Nobel Drive**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Google GSuite**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Goringe Accountants Ltd**
**1650 Arlington Business Park**
**Theale, Reading,**
**Berkshire RG7 4SA**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Griffith Hack**
**Level 15, 376-390 Collins St**
**Melbourne VIC 3000**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**GSuite**
**PO Box 1285**
**Melbourne VIC 3001**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Hackstone**
**333 W Ostend St**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145,259.71

**Hitzke & Ferran LLP**
**100 Oceangate**
**#1100**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Holland Automotive USA Inc.**
**c/o Halbert Rasmussen**
**Scali Rasmussen PC**
**300 S. Grand Ave., Suite 2750**
**Los Angeles, CA 90071-3144**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Settled**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,948.94

**Huckleberry Mountain**
**32 Bramely Road**
**Cheltenham**
**Gloucestershire GL5 17LT**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Hyeland Towing**
**1127 W Alvarez Ave**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,000.00

**IBP MEDIA**
**4580 East Thousand Oaks Blvd.**
**Suite 325**
**Westlake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,999.12** |
|---|---|---|---|

**Influence Associates Ltd. GBP**
**22 SoHo Square**
**London, W1d 4NS**
**UNITED KINGDOM**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Intersection Capital**
**2443 Impala Drive Carlsbad CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,700.00** |
|---|---|---|---|

**Isabel Roa**
**On file with Debtor.**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,300.91** |
|---|---|---|---|

**Isabel Roa**
**On file with Debtor.**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260,000.00** |
|---|---|---|---|

**Jenson Button**
**On file with Debtor.**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,855.06** |
|---|---|---|---|

**JG Trim Ltd**
**17 Northfield Road**
**Sapcote Leicestershire LE9 4GA**
**ENGLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**JP Design & Innovation JUBU**
**Saxenegg 3a**
**4323 Munzbach**
**AUSTRIA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Finest Coachbuilding Group LLC**                    Case number (if known)    **24-12327-JTD**
_____
Name

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kappa EUR**
**kleines Feld 6**
**37130 Gleichen**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Keyston Bros.**
**1151 N Kraemer Pl**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,148.00 |

**Kroesche Schindler LLP**
**2603 Main Street, Suite 200**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lella Soper GBP**
**London W1B 1NU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lipik Glas (Isoclima) EUR**
**Staklanska bb,**
**Lipik, 34551 Croatia**
**CROATIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,133.00 |

**Loza & Loza LLP**
**305 N. Second Ave., #127**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Loza & Loza LLP**
**500 N State College Blvd**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address
**Lugnut Inc**
**11905 Hartsook Street**
**Valley Village, CA 91607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.70** | Nonpriority creditor's name and mailing address
**Marks & Clerk LLP**
**62-68 Hills Road**
**Cambridge CB2 1LA**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

$1,651.54

---

**3.71** | Nonpriority creditor's name and mailing address
**McCollister's Global Services, Inc.**
**10672 Jasmine St, Fontana, CA 92337**
**Fontana, CA 92337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.72** | Nonpriority creditor's name and mailing address
**McMaster-Carr**
**9630 Norwalk Blvd**
**Santa Fe Springs, CA 92337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.73** | Nonpriority creditor's name and mailing address
**monday**
**6 Yitzhak Sadeh St.**
**Tel Aviv, 6777506**
**ISRAEL**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.74** | Nonpriority creditor's name and mailing address
**Muon Tech Ltd.**
**Silverstone Technology Centre**
**Northamptonshire NN12 8GX**
**ENGLAND**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,631.52

---

**3.75** | Nonpriority creditor's name and mailing address
**NERO Interiors**
**2nd Floor Hygeia House**
**66 College Road Harrow**
**Middlesex HA1 1BE**
**UNITED KINGDOM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,652.00

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NERO Interiors**
**11a West Street**
**Marlow SL7 2LS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nick Avery Ltd**
**39a Leicester Road, Salford**
**Manchester M7 4AS**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,500.00 |
|---|---|---|---|

**Nick King**
**13 Matthias Apartments**
**158 Northchurch Road**
**London, N1 3FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NRC Marketing**
**P.O. Box 823085**
**Dallas, TX 75382-3085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,175.14 |
|---|---|---|---|

**Philip. T. Chave & Co**
**Belfry House, Bell Lane,**
**Hertford, Hertfordshire, SG14 1BP**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,848.93 |
|---|---|---|---|

**Pilbeam Racing Designs Ltd.**
**Graham Hill Way, Cherry Holt Road**
**Bourne Lincs PE10 9PJ Lincolnshire**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pilkington**
**6081 Rickenbacker Rd**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|---|
| | Name | | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pony.ai**
**3501 Gateway Blvd.**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Public Storage**
**P.O. Box 25050**
**Glendale, CA 91221-5050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Queen & Company(Larry Queen)**
**16520 Bake Parkway, Suite 110**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,258.83 |

**R53 Engineering Ltd**
**Unit 12 Heathcote Way**
**Heathcote Industrial Estate**
**Warwick Warwickshire CV34 6TE**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,076,125.00 |

**Radford P62, Inc.**
**3161 Red Hill Ave.**
**Costa Mesa, CA 92626**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **See Rider and Global Notes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Right Networks**
**14 Hampshire Drive**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.00 |

**Rockford Corporation**
**600 S. Rockford Drive**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185,000.00**

Roger Behle
15 W. Carrillo Street
Santa Barbara, CA 93101

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Royalty Towing
2956 Marco St
Las Vegas, NV 89115

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

SALT
1607 Monrovia Avenue
Costa Mesa, CA 92627

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,919.13**

Scarbo Performance Corp
26212 Dimension Unit 110
Lake Forest, CA 92630

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Scarbo Performance Corp
46 Milagro
Rch Santa Margarita, CA 92688

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,381.99**

Schaefer Trans inc
1960 E. Grand Avenue, Suite 730
El Segundo, CA 90245

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,972.50**

Sophia Kelly
9700 Westmere Ln
Forth Worth, TX 76108

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Finest Coachbuilding Group LLC**          Case number (if known)    **24-12327-JTD**
_____
Name

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,886.06** |
|---|---|---|---|

**Stratasys Direct Manufacturing**
**7665 Commerce Way**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Trade Debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**T Mobile**
**PO Box 37380**
**Albuquerque, NM 87176-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __For Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**T&K Precision Limited**
**10 Gatelodge Close**
**Round Spinney**
**Northampton NN3 8RJ**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __For Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,397.97** |
|---|---|---|---|

**The Efficient Freight Company**
**Business Centre, 50 St Leonards Rd**
**Bexhill-on-Sea TN40 1JB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tillett Racing Seats**
**Styles Cl**
**Sittingbourne ME10 3BF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __For Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy G. Tasker**
**c/o Thomas Vance**
**Vance & Blair**
**991 Lomas Stana Fe Dr #C-435**
**Solana Beach, CA 92075**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Litigation__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**WCM Europe-USD**
**Innovation House, One Juniper West**
**Fenton Way**
**Basildon  SS15 6TD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __For Notice Purposes Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Finest Coachbuilding Group LLC**                     Case number (if known)   **24-12327-JTD**
_____ Name

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Whaling Packaging**
**21020 S Wilmington Ave**
**Carson, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **For Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**White Ellerton Plastics Ltd**
**Unit 11 Park Industrial Estate**
**Frogmore**
**St Albans AL2 2DR**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **For Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Wipac Technology Ltd**
**London Rd**
**Buckingham MK18 1BH**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **For Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,328.72 |
|---|---|---|---|

**Woodland Int'l Transport Company Inc.**
**1979 Marcus Avenue, Suite 214**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Zircotec Limited**
**37-41 Nuffield Way**
**Abingdon**
**Oxfordshire OX14 1RL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **For Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Zoom.com**
**55 Almaden Boulevard, 6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **For Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,000.00 |
|---|---|---|---|

**Zuumy, LLC**
**151 S. Olive Street**
**#3402**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Professional Services**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **Finest Coachbuilding Group LLC** | Case number (if known) | **24-12327-JTD** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 9,372,938.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,372,938.89 |

See attached Global Notes

**Fill in this information to identify the case:**

Debtor name   **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **24-12327-JTD**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Forbearance Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pastor Velasco, Jr,**<br>**24 Lake Trail Lane**<br>**Santa Rosa Beach, FL 32459** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Sublease - 3161 Red Hill Avenue, Costa Mesa, CA 92626**<br><br>State the term remaining  **through January 31, 2025**<br><br>List the contract number of any government contract | **Pony.AI, Inc.**<br>**3501 Gateway Blvd.**<br>**Fremont, CA 94538** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **License Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roger Behle**<br>**15 W. Carrillo Street**<br>**Santa Barbara, CA 93101** |

Debtor 1   **Finest Coachbuilding Group LLC**
      First Name        Middle Name        Last Name

Case number *(if known)*   **24-12327-JTD**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stig Investment** |
| | List the contract number of any government contract | | **2000 South Maricopa Road Gate 3 Chandler, AZ 85226** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment 1 to License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stig Investments** |
| | List the contract number of any government contract | | **2000 South Maricopa Road Gate 3 Chandler, AZ 85226** |

**Fill in this information to identify the case:**

Debtor name    **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **24-12327-JTD**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / Mailing Address | | **Name** | Check all schedules that apply: |
| 2.1 _____ Street _____ City   State   Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ City   State   Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ City   State   Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ City   State   Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Finest Coachbuilding Group LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **24-12327-JTD**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From  **1/01/2021** to **10/10/2024** | ☐ Operating a business<br>**See attached Rider and Global Notes**<br>■ Other | **See attached Rider and Global Notes** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See attached rider** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Debtor    **Finest Coachbuilding Group LLC**                              Case number *(if known)*  **24-12327-JTD**

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attached rider** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Pastor Velasco v. Finest Coachbuilding Group LLC 30-2024-01385154-CU-BC-NJC** | **Collections on unpaid loan.** | **Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **Timothy G. Tasker v. Radford Motors P62 Inc., et al. 30-2024-01400715-CU-CO-NJC** | **Contract. Defendants refused to return plaintiff's $101,000 deposit after failing to build the custom Type 62 vehicle.** | **Orange County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Finest Coachbuilding Group LLC**                                      Case number *(if known)*    **24-12327-JTD**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3.    **Holland Automotive USA Inc., dba Lamborghini Palm Beach et al. v. Radford Motors P62 Inc. et al.**<br>**30-2024-01400004-CU-BU-CJC** | **Contract. Defendants solicited over one million from plaintiffs to build two custom Lotus supercars and over two and half years later have failed to deliver the vehicles or return plaintiff's money.** | **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.    **Pastor Velasco v. Finest Coachbuilding Group, LLC et al.**<br>**30-2024-01427581-CU-CO-CJC** | **Contract; appointment of a receiver** | **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Finest Coachbuilding Group LLC**                                    Case number *(if known)*  **24-12327-JTD**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Raines Feldman Littrell LLP** **1900 Avenue the Stars** **Suite 1900** **Los Angeles, CA 90067** | **Retainer** | **4/17/24** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Raines Feldman Littrell LLP** **1900 Avenue the Stars** **Suite 1900** **Los Angeles, CA 90067** | **Retainer** | **8/19/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Raines Feldman Littrell LLP** **1900 Avenue the Stars** **Suite 1900** **Los Angeles, CA 90067** | **Retainer** | **9/30/2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Raines Feldman Littrell LLP** **1900 Avenue the Stars** **Suite 1900** **Los Angeles, CA 90067** | **Retainer** | **10/1/2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Raines Feldman Littrell LLP** **1900 Avenue the Stars** **Suite 1900** **Los Angeles, CA 90067** | **Retainer** | **10/9/2024** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor   **Finest Coachbuilding Group LLC**                                     Case number *(if known)*  **24-12327-JTD**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.6. | **Force 10 Partners**<br>**5271 California Ave Suite 270**<br>**Irvine, CA 92617** | **Retainer** | **08/28/2024** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.7. | **Force 10 Partners**<br>**5271 California Ave Suite 270**<br>**Irvine, CA 92617** | **Retainer** | **10/09/2024** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See attached rider** | | | **$0.00** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3430 Via Lido**<br>**Newport Beach, CA 92663** | **8/1/2021 to 3/31/2023** |

Debtor    **Finest Coachbuilding Group LLC**                                    Case number *(if known)*   **24-12327-JTD**

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name and contact information**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor   **Finest Coachbuilding Group LLC**          Case number *(if known)*   **24-12327-JTD**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Ace Technology**<br>**Unit A, Sawtry Business Park**<br>**Sawtry**<br>**Cambridgeshire PE28 5GQ** | | **18 chassis and component parts** | No<br>Yes |
| **Aria Group**<br>**17395 Daimler Street**<br>**Irvine, CA 92614** | | **Molds** | No<br>Yes |
| **Dowsetts Classic Cars Ltd**<br>**Dowsetts Farm**<br>**Dowsetts Lane Colliers End**<br>**Hertfordshire, SG11 1EF, UNITED KINGDOM** | | **JPS and component parts** | No<br>Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Anthony Anstead** | | **See attached rider.** | **Unknown** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | Finest Coachbuilding Group LLC | Case number (if known) | 24-12327-JTD |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | Radford P62, Inc. | Bespoke vehicle sales | EIN:    86-3562178<br><br>From-To    April 2021 - present |
| 25.2. | Radford Series Holding Company | Media production | EIN:<br><br>From-To    January 2021 - present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Melissa Sylvester | July 2022 - February 2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Daniel Bednarski<br>3161 Red Hill Avenue<br>Costa Mesa, CA 92626 | |
| 26c.2. | Roger Behle<br>15 W. Carrillo Street<br>Santa Barbara, CA 93101 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

---

| Debtor | **Finest Coachbuilding Group LLC** | Case number *(if known)* | **24-12327-JTD** |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Anstead** | | **Director and CEO** | **26.38** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aaron Shelby** | | **Director** | **6** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jenson Button** | | **Director** | **21.28** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Izzy Roa** | | **Director** | **1.88** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Bednarski** | | **Director and CFO/COO** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Pastor Velasco** | | **Director** | **ended January 204** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Roger Behle** | | **Director** | **ended January 2024** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Debtor   **Finest Coachbuilding Group LLC**                    Case number *(if known)*  **24-12327-JTD**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                                          Employer identification number of the pension fund

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     11/7/2024

Signature of inc........ ....ning on behalf of the debtor        **Daniel Bednarski**
                                                                  Printed name

Position or relationship to debtor   **CFO/COO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

Yes

**Schedule A/B, Part 5 - Inventory, excluding agricultural assets (general inventory)**

| | Item | Quantity |
|---|---|---|
| 1 | 3D Printed Parts | 90 |
| 2 | Aluminium wheel rim face | 4 |
| 3 | AP racing calipars LF & RF(black)set | 1 |
| 4 | AP racing calipars LF & RF(Gold) set | 2 |
| 5 | Bellhousing spacers | 2 |
| 6 | Blue lotus seats | 2 |
| 7 | Bremont stop watches | 3 |
| 8 | Carbon door plates | 12 |
| 9 | Carbon wheel rim | 1 |
| 10 | Carbon wheels with slicks | 3 |
| 11 | Chicken Hawk Tire warmer | 1 |
| 12 | CP Tech Driveshaft | 3 |
| 13 | Door handles | 2 |
| 14 | Fabricated Brackets | 14 |
| 15 | Flexalite engine fans | 4 |
| 16 | Front carbon lip | 3 |
| 17 | Gen 1 Rock Subframe | 2 |
| 18 | Interior door trims | 6 |
| 19 | Lotus bare seats | 2 |
| 20 | Lotus LH door beam | 1 |
| 21 | Lotus OEM subframe (red) | 1 |
| 22 | Lotus rotors | 6 |
| 23 | Machined uprights | 4 |
| 24 | Macined interior trim pieces | 15 |

| 25 | Michelin 245/45zr17 | 13 |
|----|---------------------|-----|
| 26 | Michelin 285/30/zr18 | 6 |
| 27 | Oil cooler with hoses | 1 |
| 28 | R53 dampners | 2 |
| 29 | Race fule loader | 1 |
| 30 | Rear carbon difuser | 2 |
| 31 | Rockford amp | 1 |
| 32 | Rockford speakers | 6 |
| 33 | Seat trim parts | 8 |
| 34 | Stock Lotus Tires w/rims | 13 |
| 35 | Valvoline 10w-60 55g barrel | 1 |
| 36 | Valvoline 5w-50 55g barrel | 1 |
| 37 | Wheel arches | 4 |
| 38 | Yokohama 280/650r18 slicks | 11 |
| 39 | Yokohama 280/680R18 slicks | 2 |
| 40 | Yokohama 280/680r18 Wet | 2 |
| 41 | Yokohama 280/650r18 Wet | 2 |
| 42 | Yokohama 280/650r18 Wet w/Dymag Rim | 2 |
| 43 | Yokohama 280/680R18 slicks w/ Dymag Rim | 1 |
| 44 | Yokohama 280/680r18 Wet w/Dymag Rim | 2 |
| 45 | Yokohama 285/65r17 | 2 |
| 46 | Yokohama 320/650r18 slicks | 9 |
| 47 | Lotus LHD rolling Chassis | 8 |
| 48 | Lotus RHD rolling Chassis | 5 |
| 49 | Lotus LHD rolling Chassis w/o PT | 5 |
| 50 | Door hinges & Latches sets | 33 |

**Schedule A/B, Part 5 - Inventory, excluding agricultural assets (included or associated with a car in process)**

**Car #001**

| | Part Number | Description |
|---|---|---|
| 1 | 62-A01-A0007 | ASSY LOTUS CHASSIS |
| 2 | 62-A01-A0008 | ASSY IP BEAM LOTUS CHASSIS LHD |
| 3 | 62-A02-A0011 | ASSY REAR SUBFRAME |
| 4 | 62-A02-A0012 | ASSY SHEAR PLATE |
| 5 | 62-A02-A0060 | ASSY MOUNTING BRACKETS REAR WISHBONE LOWER |
| 6 | 62-A03-A0013 | ASSY FRONT SUBFRAME LOTUS CHASSIS |
| 7 | 62-A03-A0014 | ASSY FRONT FLOOR LOTUS CHASSIS |
| 8 | 62-A05-A0015 | ASSY UPPER STRUCTURE LOTUS CHASSIS |
| 9 | 62-A05-A0016 | ASSY FRONT RADIATOR MOUNT |
| 10 | 62-A05-A0017 | ASSY FRONT HINGE MOUNT |
| 11 | 62-A06-A0018 | ASSY DOOR HINGE & BEAM |
| 12 | 62-B01-A0010 | ASSY REAR BUMPER |
| 13 | 62-B01-A0011 | ASSY REAR DIFFUSER |
| 14 | 62-B01-A0012 | ASSY EXHAUST TIP |
| 15 | 62-B01-A0013 | ASSY REAR LICENCE PLATE |
| 16 | 62-B02-A0014 | ASSY REAR CLAM DUCK TAIL |
| 17 | 62-B02-A0015 | ASSY REAR ENGINE COVER |
| 18 | 62-B03-A0062 | ASSY ROCKER LH |
| 19 | 62-B03-A0068 | ASSY ROCKER RH |
| 20 | 62-B04-A0073 | ASSY BODYSIDE LH |
| 21 | 62-B04-A0082 | ASSY BODYSIDE RH |
| 22 | 62-B04-P0088 | REAR FIREWALL |
| 23 | 62-B04-B0089 | BONDED ASSY ROOF INNER |
| 24 | 62-B04-P0094 | FRONT CLAM CABLE BRACKET |
| 25 | 62-B04-P0095 | WIPER TO FUSE BOX BRACKET ADAPTER |

| 26 | 62-B04-P0096 | ROOF OUTER |
|----|--------------|------------|
| 27 | 62-B04-A0097 | ASSY REAR CLAM LATCH |
| 28 | 62-B04-A0111 | ASSY FRONT CLAM LATCH |
| 29 | 62-B04-A0122 | ASSY SIDE DUCT LH |
| 30 | 62-B04-A0127 | ASSY SIDE DUCT RH |
| 31 | 62-B04-P0132 | WINDSHIELD |
| 32 | 62-B04-P0133 | DOOR SEAL |
| 33 | 62-B05-A0134 | ASSY DOOR EXTERIOR LH |
| 34 | 62-B05-A0141 | ASSY DOOR EXTERIOR RH |
| 35 | 62-B05-P0148 | GLASS DOOR LH |
| 36 | 62-B05-P0149 | GLASS DOOR RH |
| 37 | 62-B06-A0164 | ASSY DOOR STRIKERS |
| 38 | 62-B05-A0166 | FRONT CLAM ASSY |
| 39 | 62-B06-A0178 | INSTALL FRONT CLAM STRIKER ASSY |
| 40 | 62-B06-A0181 | INSTALL FRONT CLAM BUMP STOP MOUNT |
| 41 | 6377-P-1160-0001 | FRONT CLAM MESH |
| 42 | 6377-P-1160-0004 | FRONT CLAM MESH RING |
| 43 | 62-B07-A0028 | ASSY FRONT BUMPER |
| 44 | 6377-P-1151-0100 | FRONT BUMPER DUCT CENTRE |
| 45 | 62-B08-P005 | FRONT BUMPER DUCT LH |
| 46 | 62-B08-P006 | FRONT BUMPER DUCT RH |
| 47 | 62-B07-A0030 | ASSY FRONT SPLITTER |
| 48 | 6377-1153-0100L | WHEEL ARCH LINER FRONT LH |
| 49 | 6377-1153-0200L | WHEEL ARCH LINER REAR LH |
| 50 | 6377-1153-0100R | WHEEL ARCH LINER FRONT RH |
| 51 | 6377-1153-0200R | WHEEL ARCH LINER REAR RH |
| 52 | 62-B09-A0033 | ASSY CLAM HINGES |
| 53 | 62-C01-A0046 | ASSY IP SURROUND MOUNTING BRACKET LH |

| 54 | 62-C01-A0049 | ASSY IP SURROUND MOUNTING BRACKET RH |
| 55 | 62-C01-A0052 | ASSY TOP ROLL MOUNTING COMPLETE LH |
| 56 | 62-C01-A0059 | ASSY TOP ROLL MOUNTING COMPLETE RH |
| 57 | 62-C01-A0066 | ASSY DOOR SILL SUPPORT RH |
| 58 | 62-C01-A0069 | ASSY DOOR SILL SUPPORT LH |
| 59 | 62-C03-A0119 | INSTALL END CAP SUPPORT RH |
| 60 | 62-C03-A0122 | INSTALL END CAP SUPPORT LH |
| 61 | 62-C03-A0125 | INSTALL LOWER IP SUPPORT SUBSTRATE |
| 62 | 62-C03-A0128 | INSTALL IP SUPPORT LH |
| 63 | 62-C03-A0131 | INSTALL IP SUPPORT CENTRAL LH |
| 64 | 62-C03-A0134 | INSTALL IP SUPPORT CENTRAL RH |
| 65 | 62-C03-A0137 | INSTALL IP SUPPORT RH |
| 66 | 62-C03-A0140 | INSTALL COLUMN SHROUD AND BINNACLE MOUNT |
| 67 | 015846 | DEMIST DUCTING |
| 68 | 62-C03-P020 | TOP ROLL SCREEN MOUNTING RH |
| 69 | 012255 | TOP ROLL TRIM LH |
| 70 | 62-C03-P022 | TOP ROLL SCREEN MOUNTING LH |
| 71 | 014339 | SCREEN VENT DUCT LOWER |
| 72 | 014695 | SCUTTLE PANEL MOUNT |
| 73 | 012505 | BINNACLE LOWER SUBSTRATE |
| 74 | 012326 | COLUMN SHROUD UPPER |
| 75 | 012327 | COLUMN SHROUD LOWER |
| 76 | 012735 | MAIN SWITCH MOUNTING PLATE |
| 77 | 013270 | SWITCH BAR SIDE VENT RH |
| 78 | 012360 | CLOCK MOUNTING BLADE |
| 79 | 62-F04-AXXX | ASSY ROTARY KNOB VOLUME |
| 80 | 62-F04-AXXX | ASSY ROTARY KNOB TRACK SKIP |
| 81 | 62-F04-AXXX | ASSY TOGGLES |

| 82 | 012355 | BREMONT CLOCK |
|----|--------|---------------|
| 83 | 012354 | BREMONT STOP CLOCK |
| 84 | 62-F04-SXXX | SUB ASSY FOG LIGHT BUTTON |
| 85 | 012481 | SWITCH BAR LH MOUNTING PLATE |
| 86 | 015673 | P62 ROTARY - HEADLIGHT ASSY |
| 87 | 015669 | SWITCH BAR SIDE VENT LH |
| 88 | 012404 | SWITCH BAR FACIA LH |
| 89 | 015614 | HVAC SWITCH MOUNTING PLATE |
| 90 | 012402 | HVAC BEZEL |
| 91 | 62-F04-AXXX | ASSY ROTARY KNOB DIRECTION |
| 92 | 62-F04-AXXX (2) | ASSY ROTARY KNOB TEMPERATURE |
| 93 | 62-F04-AXXX | ASSY ROTARY KNOB FAN SPEED |
| 94 | 62-F04-AXXX | ASSY TOGGLE SWITCHES |
| 95 | 012551 | AIR VENT MOUNTING BRACKET |
| 96 | 014345 | CENTRAL AIR VENT |
| 97 | 012401 | AIR VENT BEZEL |
| 98 | 012379 | TOGGLE SWITCH |
| 99 | 012616 | CENTRE VENT DUCT LH |
| 100 | 012615 | CENTRE VENT DUCT RH |
| 101 | 013294 | EXPOSED CENTRE CONSOLE LOWER TRIMMED ASSY |
| 102 | 013082 | HANDBRAKE BEZEL |
| 103 | 013170 | CENTRE CONSOLE LOWER TRIM CAP |
| 104 | 013158 | CENTRE CONSOLE GEAR SHIFT BEZEL |
| 105 | 62-C06-A0040 | ASSY GEAR SHIFT KNOB BRIGHT |
| 106 | 62-F10-A001 | ASSY COLUMN STALKS |
| 107 | 62-C07-A0044 | ASSY SEAT DRIVER LOTUS |
| 108 | 62-C07-A0045 | ASSY SEAT PASSENGER LOTUS |
| 109 | 62-D00-AXXXX | ASSY UPRIGHT FRONT LH |

| 110 | 62-D00-AXXXX | ASSY UPRIGHT FRONT RH |
| 111 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT LH |
| 112 | 62-D00-AXXXX | ASSY LOWER WISHBONE FRONT LH |
| 113 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT RH |
| 114 | 62-D00-AXXXX | ASSY LOWER WISHOBNE FRONT RH |
| 115 | 62-D00-AXXXX | ASSY UPRIGHT REAR LH |
| 116 | 62-D00-AXXXX | ASSY UPRIGHT REAR RH |
| 117 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR LH |
| 118 | 62-D00-AXXXX | ASSY LOWER WISHBONE REAR LH |
| 119 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR RH |
| 120 | 62-D00-AXXXX | ASSY LOWER WISHOBNE REAR RH |
| 121 | 62-D00-AXXXX | ASSY REAR ANTI ROLL BAR |
| 122 | 62-D00-AXXXX | ASSY FRONT HUB LH |
| 123 | 62-D00-AXXXX | ASSY FRONT HUB RH |
| 124 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT LH |
| 125 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT RH |
| 126 | 62-D00-AXXXX | MA HANDBRAKE |
| 127 | 62-D00-AXXXX | ASSY 2 WAY DAMPERS ROAD |
| 128 | 62-D00-AXXXX | ASSY NOSE LIFT PUMP |
| 129 | 62-D00-AXXXX | ASSY PEDAL BOX LOTUS |
| 130 | 62-D00-AXXXX | REAR WHEEL DYMAG |
| 131 | 62-D00-AXXXX | FRONT WHEEL DYMAG |
| 132 | 62-D00-AXXXX | FRONT TIRE |
| 133 | 62-D00-AXXXX | REAR TIRE |
| 134 | 62-E01-AXXXX | ASSY ENGINE |
| 135 | 62-E01-AXXXX | ASSY GEARBOX |
| 136 | 62-E01-AXXXX | ASSY AIRBOX |
| 137 | 62-E01-AXXXX | COOLANT RESERVOIR |

| 138 | 62-E01-AXXXX | DRY SUMP TANK |
| 139 | 62-E01-AXXXX | INTERCOOLER RESERVOIR |
| 140 | 62-E01-AXXXX | WATER PUMP |
| 141 | 62-E01-AXXXX | OIL FILTER |
| 142 | 62-E01-AXXXX | ASSY AC COOLING SYSTEM |
| 143 | 62-E01-AXXXX | ASSY ENGINE COOLING SYSTEM |
| 144 | 62-E01-AXXXX | HEATER PIPESAND HOSES |
| 145 | 62-E01-AXXXX | MA FUEL SYSTEM |
| 146 | 62-E01-AXXXX | MA GEAR SHIFTER |
| 147 | 62-F04-AXXXX | REVERSE LAMP |
| 148 | 62-F04-AXXXX | ASSY CHMSL |
| 149 | 62-F04-AXXXX | ASSY CAMERA SYSTEM LH |
| 150 | 62-F04-AXXXX | ASSY CAMERA SYSTEM RH |
| 151 | 62-F04-AXXXX | ASSY CAMERA SYSTEM CENTRE |
| 152 | 62-F04-AXXXX | ASSY MIRROR HOUSING LH |
| 153 | 62-F04-AXXXX | ASSY MIRROR HOUSING RH |
| 154 | 62-F04-AXXXX | INSTRUMENT CLUSTER - TFT |
| 155 | 62-F04-AXXXX | AUDIO SYSTEM |
| 156 | 62-F04-AXXXX | FRONT END HARDNESS |
| 157 | 62-F04-AXXXX | MID ZONE HARNESS |
| 158 | 62-F04-AXXXX | ENGINE HARNESS |
| 159 | 62-F04-AXXXX | DOOR HARNESS |

**Car #002**

| | Part Number | Description |
|---|---|---|
| 1 | 62-A01-A0007 | ASSY LOTUS CHASSIS |
| 2 | 62-A01-A0009 | ASSY IP BEAM LOTUS CHASSIS RHD |
| 3 | 62-A02-A0012 | ASSY SHEAR PLATE |
| 4 | 62-A02-A0060 | ASSY MOUNTING BRACKETS REAR WISHBONE LOWER |
| 5 | 62-A03-A0013 | ASSY FRONT SUBFRAME LOTUS CHASSIS |
| 6 | 62-A03-A0014 | ASSY FRONT FLOOR LOTUS CHASSIS |
| 7 | 62-A05-A0015 | ASSY UPPER STRUCTURE LOTUS CHASSIS |
| 8 | 62-A05-A0016 | ASSY FRONT RADIATOR MOUNT |
| 9 | 62-B01-A0010 | ASSY REAR BUMPER |
| 10 | 62-B01-A0011 | ASSY REAR DIFFUSER |
| 11 | 62-B01-A0012 | ASSY EXHAUST TIP |
| 12 | 62-B01-A0013 | ASSY REAR LICENCE PLATE |
| 13 | 62-B02-A0014 | ASSY REAR CLAM DUCK TAIL |
| 14 | 62-B02-A0015 | ASSY REAR ENGINE COVER |
| 15 | 62-B03-A0062 | ASSY ROCKER LH |
| 16 | 62-B03-A0068 | ASSY ROCKER RH |
| 17 | 62-B04-A0073 | ASSY BODYSIDE LH |
| 18 | 62-B04-A0082 | ASSY BODYSIDE RH |
| 19 | 62-B04-P0088 | REAR FIREWALL |
| 20 | 62-B04-B0089 | BONDED ASSY ROOF INNER |
| 21 | 62-B04-P0094 | FRONT CLAM CABLE BRACKET |
| 22 | 62-B04-P0095 | WIPER TO FUSE BOX BRACKET ADAPTER |
| 23 | 62-B04-P0096 | ROOF OUTER |
| 24 | 62-B04-A0097 | ASSY REAR CLAM LATCH |
| 25 | 62-B04-A0111 | ASSY FRONT CLAM LATCH |
| 26 | 62-B04-A0122 | ASSY SIDE DUCT LH |

| 27 | 62-B04-A0127 | ASSY SIDE DUCT RH |
|----|--------------|-------------------|
| 28 | 62-B04-P0132 | WINDSHIELD |
| 29 | 62-B04-P0133 | DOOR SEAL |
| 30 | 62-B05-A0134 | ASSY DOOR EXTERIOR LH |
| 31 | 62-B05-A0141 | ASSY DOOR EXTERIOR RH |
| 32 | 62-B06-A0164 | ASSY DOOR STRIKERS |
| 33 | 62-B05-A0166 | FRONT CLAM ASSY |
| 34 | 62-B06-A0178 | INSTALL FRONT CLAM STRIKER ASSY |
| 35 | 62-B06-A0181 | INSTALL FRONT CLAM BUMP STOP MOUNT |
| 36 | 6377-P-1160-0001 | FRONT CLAM MESH |
| 37 | 6377-P-1160-0004 | FRONT CLAM MESH RING |
| 38 | 62-B07-A0028 | ASSY FRONT BUMPER |
| 39 | 6377-P-1151-0100 | FRONT BUMPER DUCT CENTRE |
| 40 | 62-B08-P005 | FRONT BUMPER DUCT LH |
| 41 | 62-B08-P006 | FRONT BUMPER DUCT RH |
| 42 | 62-B07-A0030 | ASSY FRONT SPLITTER |
| 43 | 6377-1153-0100L | WHEEL ARCH LINER FRONT LH |
| 44 | 6377-1153-0200L | WHEEL ARCH LINER REAR LH |
| 45 | 6377-1153-0100R | WHEEL ARCH LINER FRONT RH |
| 46 | 6377-1153-0200R | WHEEL ARCH LINER REAR RH |
| 47 | 62-B09-A0033 | ASSY CLAM HINGES |
| 48 | 62-C01-A0046 | ASSY IP SURROUND MOUNTING BRACKET LH |
| 49 | 62-C01-A0049 | ASSY IP SURROUND MOUNTING BRACKET RH |
| 50 | 62-C01-A0052 | ASSY TOP ROLL MOUNTING COMPLETE LH |
| 51 | 62-C01-A0059 | ASSY TOP ROLL MOUNTING COMPLETE RH |
| 52 | 62-C01-A0066 | ASSY DOOR SILL SUPPORT RH |
| 53 | 62-C01-A0069 | ASSY DOOR SILL SUPPORT LH |
| 54 | 62-C02-T0075 | TRIMMED ASSY A-PILLAR RH |

| 55 | 62-C02-T0079 | TRIMMED ASSY SIDE SILL LH |
| 56 | 62-C02-T0084 | TRIMMED ASSY SIDE SILL RH |
| 57 | 62-C02-T0089 | TRIMMED ASSY LOWER BULKHEAD |
| 58 | 62-C02-T0098 | TRIMMED ASSY UPPER TRIM |
| 59 | 62-C02-T0114 | TRIMMED ASSY FRONT FLOOR |
| 60 | 62-C07-A0045 | ASSY SEAT PASSENGER LOTUS |
| 61 | 62-D00-AXXXX | ASSY UPRIGHT FRONT LH |

**Car #003**

| | Part Number | Description |
|---|---|---|
| 1 | 62-A01-AXXX | CARBON CHASSIS |
| 2 | 62-A02-AXXX | ASSY REAR SUBFRAME |
| 3 | 62-A05-A0017 | ASSY FRONT HINGE MOUNT |
| 4 | 62-A06-A0018 | ASSY DOOR HINGE & BEAM |
| 5 | 62-B01-A0010 | ASSY REAR BUMPER |
| 6 | 62-B01-A0011 | ASSY REAR DIFFUSER |
| 7 | 62-B01-A0012 | ASSY EXHAUST TIP |
| 8 | 62-B01-A0013 | ASSY REAR LICENCE PLATE |
| 9 | 62-B02-A0014 | ASSY REAR CLAM DUCK TAIL |
| 10 | 62-B02-A0015 | ASSY REAR ENGINE COVER |
| 11 | 62-B03-A0062 | ASSY ROCKER LH |
| 12 | 62-B03-A0068 | ASSY ROCKER RH |
| 13 | 62-B04-A0073 | ASSY BODYSIDE LH |
| 14 | 62-B04-A0082 | ASSY BODYSIDE RH |
| 15 | 62-B04-P0088 | REAR FIREWALL |
| 16 | 62-B04-B0089 | BONDED ASSY ROOF INNER |
| 17 | 62-B04-P0094 | FRONT CLAM CABLE BRACKET |
| 18 | 62-B04-P0095 | WIPER TO FUSE BOX BRACKET ADAPTER |
| 19 | 62-B04-P0096 | ROOF OUTER |
| 20 | 62-B04-A0122 | ASSY SIDE DUCT LH |
| 21 | 62-B04-A0127 | ASSY SIDE DUCT RH |
| 22 | 62-B04-P0133 | DOOR SEAL |
| 23 | 62-B05-A0134 | ASSY DOOR EXTERIOR LH |
| 24 | 62-B05-A0141 | ASSY DOOR EXTERIOR RH |
| 25 | 62-B06-A0164 | ASSY DOOR STRIKERS |
| 26 | 62-B05-A0166 | FRONT CLAM ASSY |

| 27 | 62-B06-A0178 | INSTALL FRONT CLAM STRIKER ASSY |
|---|---|---|
| 28 | 62-B06-A0181 | INSTALL FRONT CLAM BUMP STOP MOUNT |
| 29 | 6377-P-1160-0001 | FRONT CLAM MESH |
| 30 | 6377-P-1160-0004 | FRONT CLAM MESH RING |
| 31 | 62-B07-A0028 | ASSY FRONT BUMPER |
| 32 | 6377-P-1151-0100 | FRONT BUMPER DUCT CENTRE |
| 33 | 62-B08-P005 | FRONT BUMPER DUCT LH |
| 34 | 62-B08-P006 | FRONT BUMPER DUCT RH |
| 35 | 62-B07-A0030 | ASSY FRONT SPLITTER |
| 36 | 6377-1153-0100L | WHEEL ARCH LINER FRONT LH |
| 37 | 6377-1153-0200L | WHEEL ARCH LINER REAR LH |
| 38 | 6377-1153-0100R | WHEEL ARCH LINER FRONT RH |
| 39 | 6377-1153-0200R | WHEEL ARCH LINER REAR RH |
| 40 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT LH |
| 41 | 62-D00-AXXXX | ASSY LOWER WISHBONE FRONT LH |
| 42 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT RH |
| 43 | 62-D00-AXXXX | ASSY LOWER WISHOBNE FRONT RH |
| 44 | 62-D00-AXXXX | ASSY UPRIGHT REAR LH |
| 45 | 62-D00-AXXXX | ASSY UPRIGHT REAR RH |
| 46 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR LH |
| 47 | 62-D00-AXXXX | ASSY LOWER WISHBONE REAR LH |
| 48 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR RH |
| 49 | 62-D00-AXXXX | ASSY LOWER WISHOBNE REAR RH |
| 50 | 62-D00-AXXXX | ASSY REAR ANTI ROLL BAR |
| 51 | 62-D00-AXXXX | ASSY FRONT HUB LH |
| 52 | 62-D00-AXXXX | ASSY FRONT HUB RH |
| 53 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT LH |
| 54 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT RH |

**Car #004**

| | Part Number | Description |
|---|---|---|
| 1 | 62-A01-A0007 | ASSY LOTUS CHASSIS |
| 2 | 62-A01-A0009 | ASSY IP BEAM LOTUS CHASSIS RHD |
| 3 | 62-A02-A0011 | ASSY REAR SUBFRAME |
| 4 | 62-A02-A0012 | ASSY SHEAR PLATE |
| 5 | 62-A02-A0060 | ASSY MOUNTING BRACKETS REAR WISHBONE LOWER |
| 6 | 62-A03-A0013 | ASSY FRONT SUBFRAME LOTUS CHASSIS |
| 7 | 62-A03-A0014 | ASSY FRONT FLOOR LOTUS CHASSIS |
| 8 | 62-A05-A0015 | ASSY UPPER STRUCTURE LOTUS CHASSIS |
| 9 | 62-A05-A0016 | ASSY FRONT RADIATOR MOUNT |
| 10 | 62-A05-A0017 | ASSY FRONT HINGE MOUNT |
| 11 | 62-A06-A0018 | ASSY DOOR HINGE & BEAM |
| 12 | 62-B01-A0010 | ASSY REAR BUMPER |
| 13 | 62-B01-A0011 | ASSY REAR DIFFUSER |
| 14 | 62-B01-A0012 | ASSY EXHAUST TIP |
| 15 | 62-B01-A0013 | ASSY REAR LICENCE PLATE |
| 16 | 62-B02-A0014 | ASSY REAR CLAM DUCK TAIL |
| 17 | 62-B02-A0015 | ASSY REAR ENGINE COVER |
| 18 | 62-B03-A0062 | ASSY ROCKER LH |
| 19 | 62-B03-A0068 | ASSY ROCKER RH |
| 20 | 62-B04-A0073 | ASSY BODYSIDE LH |
| 21 | 62-B04-A0082 | ASSY BODYSIDE RH |
| 22 | 62-B04-P0088 | REAR FIREWALL |
| 23 | 62-B04-B0089 | BONDED ASSY ROOF INNER |
| 24 | 62-B04-P0094 | FRONT CLAM CABLE BRACKET |
| 25 | 62-B04-P0095 | WIPER TO FUSE BOX BRACKET ADAPTER |
| 26 | 62-B04-P0096 | ROOF OUTER |

| 27 | 62-B04-A0097 | ASSY REAR CLAM LATCH |
|----|--------------|----------------------|
| 28 | 62-B04-A0111 | ASSY FRONT CLAM LATCH |
| 29 | 62-B04-A0122 | ASSY SIDE DUCT LH |
| 30 | 62-B04-A0127 | ASSY SIDE DUCT RH |
| 31 | 62-B04-P0132 | WINDSHIELD |
| 32 | 62-B04-P0133 | DOOR SEAL |
| 33 | 62-B05-A0134 | ASSY DOOR EXTERIOR LH |
| 34 | 62-B05-A0141 | ASSY DOOR EXTERIOR RH |
| 35 | 62-B05-P0148 | GLASS DOOR LH |
| 36 | 62-B05-P0149 | GLASS DOOR RH |
| 37 | 62-B05-A0150 | ASSY DOOR MECHANICAL LH |
| 38 | 62-B05-A0151 | ASSY DOOR MECHANICAL RH |
| 39 | 62-B06-A0164 | ASSY DOOR STRIKERS |
| 40 | 62-B05-A0166 | FRONT CLAM ASSY |
| 41 | 62-B06-A0178 | INSTALL FRONT CLAM STRIKER ASSY |
| 42 | 62-B06-A0181 | INSTALL FRONT CLAM BUMP STOP MOUNT |
| 43 | 6377-P-1160-0001 | FRONT CLAM MESH |
| 44 | 6377-P-1160-0004 | FRONT CLAM MESH RING |
| 45 | 62-B07-A0028 | ASSY FRONT BUMPER |
| 46 | 6377-P-1151-0100 | FRONT BUMPER DUCT CENTRE |
| 47 | 62-B08-P005 | FRONT BUMPER DUCT LH |
| 48 | 62-B08-P006 | FRONT BUMPER DUCT RH |
| 49 | 62-B07-A0030 | ASSY FRONT SPLITTER |
| 50 | 6377-1153-0100L | WHEEL ARCH LINER FRONT LH |
| 51 | 6377-1153-0200L | WHEEL ARCH LINER REAR LH |
| 52 | 6377-1153-0100R | WHEEL ARCH LINER FRONT RH |
| 53 | 6377-1153-0200R | WHEEL ARCH LINER REAR RH |
| 54 | 62-B09-A0033 | ASSY CLAM HINGES |

| 55 | 62-C01-A0046 | ASSY IP SURROUND MOUNTING BRACKET LH |
| 56 | 62-C01-A0049 | ASSY IP SURROUND MOUNTING BRACKET RH |
| 57 | 62-C01-A0052 | ASSY TOP ROLL MOUNTING COMPLETE LH |
| 58 | 62-C01-A0059 | ASSY TOP ROLL MOUNTING COMPLETE RH |
| 59 | 62-C01-A0066 | ASSY DOOR SILL SUPPORT RH |
| 60 | 62-C01-A0069 | ASSY DOOR SILL SUPPORT LH |
| 61 | 62-C02-T0072 | TRIMMED ASSY A-PILLAR LH |
| 62 | 62-C02-T0075 | TRIMMED ASSY A-PILLAR RH |
| 63 | 62-C02-T0079 | TRIMMED ASSY SIDE SILL LH |
| 64 | 62-C02-T0084 | TRIMMED ASSY SIDE SILL RH |
| 65 | 62-C02-T0089 | TRIMMED ASSY LOWER BULKHEAD |
| 66 | 62-C02-T0098 | TRIMMED ASSY UPPER TRIM |
| 67 | 62-C02-T0114 | TRIMMED ASSY FRONT FLOOR |
| 68 | 62-C02-P0118 | FOOTWELL HARNESS COVER |
| 69 | 62-C03-A0119 | INSTALL END CAP SUPPORT RH |
| 70 | 62-C03-A0122 | INSTALL END CAP SUPPORT LH |
| 71 | 62-C03-A0125 | INSTALL LOWER IP SUPPORT SUBSTRATE |
| 72 | 62-C03-A0128 | INSTALL IP SUPPORT LH |
| 73 | 62-C03-A0131 | INSTALL IP SUPPORT CENTRAL LH |
| 74 | 62-C03-A0134 | INSTALL IP SUPPORT CENTRAL RH |
| 75 | 62-C03-A0137 | INSTALL IP SUPPORT RH |
| 76 | 62-C03-A0140 | INSTALL COLUMN SHROUD AND BINNACLE MOUNT |
| 77 | 012254 | TOP ROLL TRIM CENTRE |
| 78 | 62-C03-T059 | TRIMMED ASSY TOP ROLL CENTRE |
| 79 | 015846 | DEMIST DUCTING |
| 80 | 012256 | TOP ROLL TRIM RH |
| 81 | 62-C03-T060 | TRIMMED ASSY TOP ROLL RH |
| 82 | 62-C03-P020 | TOP ROLL SCREEN MOUNTING RH |

| 83 | 62-C03-T061 | TRIMMED ASSY TOP ROLL SCREEN COVER RH |
|---|---|---|
| 84 | 012255 | TOP ROLL TRIM LH |
| 85 | 62-C03-T062 | TRIMMED ASSY TOP ROLL LH |
| 86 | 62-C03-P022 | TOP ROLL SCREEN MOUNTING LH |
| 87 | 62-C03-T063 | TRIMMED ASSY TOP ROLL SCREEN COVER LH |
| 88 | 62-C03-T066 | TRIMMED ASSY  IP SURROUND |
| 89 | 012597 | CENTRAL VENT DUCTING |
| 90 | 014339 | SCREEN VENT DUCT LOWER |
| 91 | 62-C03-T069 | TRIMMED ASSY IP MAIN SUBSTRATE |
| 92 | 62-C03-T070 | TRIMMED ASSY IP LOWER FRONT SUBSTRATE |
| 93 | 62-C03-T073 | TRIMMED ASSY IP LOWER MAIN SUBSTRATE |
| 94 | 014695 | SCUTTLE PANEL MOUNT |
| 95 | 62-C03-T076 | TRIMMED ASSY UPPER TRIMMED ASSY BINNACLE |
| 96 | 012505 | BINNACLE LOWER SUBSTRATE |
| 97 | 012326 | COLUMN SHROUD UPPER |
| 98 | 012327 | COLUMN SHROUD LOWER |
| 99 | 012735 | MAIN SWITCH MOUNTING PLATE |
| 100 | 013270 | SWITCH BAR SIDE VENT RH |
| 101 | 012360 | CLOCK MOUNTING BLADE |
| 102 | 62-F04-AXXX | ASSY ROTARY KNOB VOLUME |
| 103 | 62-F04-AXXX | ASSY ROTARY KNOB TRACK SKIP |
| 104 | 62-F04-AXXX | ASSY TOGGLES |
| 105 | 012355 | BREMONT CLOCK |
| 106 | 012354 | BREMONT STOP CLOCK |
| 107 | 62-F04-SXXX | SUB ASSY FOG LIGHT BUTTON |
| 108 | 012481 | SWITCH BAR LH MOUNTING PLATE |
| 109 | 015673 | P62 ROTARY - HEADLIGHT ASSY |
| 110 | 015669 | SWITCH BAR SIDE VENT LH |

| 111 | 012404 | SWITCH BAR FACIA LH |
|-----|--------|---------------------|
| 112 | 015614 | HVAC SWITCH MOUNTING PLATE |
| 113 | 012402 | HVAC BEZEL |
| 114 | 62-F04-AXXX | ASSY ROTARY KNOB DIRECTION |
| 115 | 62-F04-AXXX (2) | ASSY ROTARY KNOB TEMPERATURE |
| 116 | 62-F04-AXXX | ASSY ROTARY KNOB FAN SPEED |
| 117 | 62-F04-AXXX | ASSY TOGGLE SWITCHES |
| 118 | 012551 | AIR VENT MOUNTING BRACKET |
| 119 | 014345 | CENTRAL AIR VENT |
| 120 | 012401 | AIR VENT BEZEL |
| 121 | 012379 | TOGGLE SWITCH |
| 122 | 012616 | CENTRE VENT DUCT LH |
| 123 | 012615 | CENTRE VENT DUCT RH |
| 124 | 013294 | EXPOSED CENTRE CONSOLE LOWER TRIMMED ASSY |
| 125 | 013082 | HANDBRAKE BEZEL |
| 126 | 013170 | CENTRE CONSOLE LOWER TRIM CAP |
| 127 | 013293 | Exposed Centre Console Upper Trimmed Assy |
| 128 | 013158 | CENTRE CONSOLE GEAR SHIFT BEZEL |
| 129 | 62-C04-TXXX | TRIMMED ASSY DOOR POCKET INBOARD LH |
| 130 | 62-C04-TXXX | TRIMMED ASSY DOOR CARD LH |
| 131 | 62-C04-TXXX | TRIMMED ASSY DOOR UPPER LH |
| 132 | 62-C04-TXXX | TRIMMED ASSY DOOR INNER PANEL LH |
| 133 | 011256 | DOOR LATCH STRAP |
| 134 | 62-C04-TXXX | TRIMMED ASSY DOOR POCKET INBOARD RH |
| 135 | 62-C04-TXXX | TRIMMED ASSY DOOR POCKET OUTBOARD RH |
| 136 | 62-C04-TXXX | TRIMMED ASSY DOOR CARD RH |
| 137 | 62-C04-TXXX | TRIMMED ASSY DOOR UPPER RH |
| 138 | 62-C04-TXXX | TRIMMED ASSY DOOR INNER PANEL RH |

| 139 | 011256 | DOOR LATCH STRAP |
|-----|--------|------------------|
| 140 | 62-C06-A0040 | ASSY GEAR SHIFT KNOB BRIGHT |
| 141 | 62-C06-A0042 | ASSY STEERING WHEEL RADFORD |
| 142 | 62-F10-A001 | ASSY COLUMN STALKS |
| 143 | 62-C07-A0044 | ASSY SEAT DRIVER LOTUS |
| 144 | 62-C07-A0045 | ASSY SEAT PASSENGER LOTUS |
| 145 | 62-D00-AXXXX | ASSY UPRIGHT FRONT LH |
| 146 | 62-D00-AXXXX | ASSY UPRIGHT FRONT RH |
| 147 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT LH |
| 148 | 62-D00-AXXXX | ASSY LOWER WISHBONE FRONT LH |
| 149 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT RH |
| 150 | 62-D00-AXXXX | ASSY LOWER WISHOBNE FRONT RH |
| 151 | 62-D00-AXXXX | ASSY UPRIGHT REAR LH |
| 152 | 62-D00-AXXXX | ASSY UPRIGHT REAR RH |
| 153 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR LH |
| 154 | 62-D00-AXXXX | ASSY LOWER WISHBONE REAR LH |
| 155 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR RH |
| 156 | 62-D00-AXXXX | ASSY LOWER WISHOBNE REAR RH |
| 157 | 62-D00-AXXXX | ASSY REAR ANTI ROLL BAR |
| 158 | 62-D00-AXXXX | ASSY FRONT HUB LH |
| 159 | 62-D00-AXXXX | ASSY FRONT HUB RH |
| 160 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT LH |
| 161 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT RH |
| 162 | 62-D00-AXXXX | ASSY CARBON BRAKES |
| 163 | 62-D00-AXXXX | MA HANDBRAKE |
| 164 | 62-D00-AXXXX | ASSY 4 WAY DAMPERS ROAD |
| 165 | 62-D00-AXXXX | ASSY NOSE LIFT PUMP |
| 166 | 62-D00-AXXXX | ASSY PEDAL BOX LOTUS |

| 167 | 62-D00-AXXXX | REAR WHEEL DYMAG |
| 168 | 62-D00-AXXXX | FRONT WHEEL DYMAG |
| 169 | 62-D00-AXXXX | FRONT TIRE |
| 170 | 62-D00-AXXXX | REAR TIRE |
| 171 | 62-E01-AXXXX | ASSY ENGINE |
| 172 | 62-E01-AXXXX | ASSY GEARBOX |
| 173 | 62-E01-AXXXX | ASSY AIRBOX |
| 174 | 62-E01-AXXXX | COOLANT RESERVOIR |
| 175 | 62-E01-AXXXX | DRY SUMP TANK |
| 176 | 62-E01-AXXXX | INTERCOOLER RESERVOIR |
| 177 | 62-E01-AXXXX | WATER PUMP |
| 178 | 62-E01-AXXXX | OIL FILTER |
| 179 | 62-E01-AXXXX | ASSY AC COOLING SYSTEM |
| 180 | 62-E01-AXXXX | ASSY ENGINE COOLING SYSTEM |
| 181 | 62-E01-AXXXX | HEATER PIPESAND HOSES |
| 182 | 62-E01-AXXXX | MA FUEL SYSTEM |
| 183 | 62-E01-AXXXX | MA GEAR SHIFTER |
| 184 | 62-F04-AXXXX | HEADLAMP ASSY LH |
| 185 | 62-F04-AXXXX | HEADLAMP ASSY RH |
| 186 | 62-F04-AXXXX | REAR LAMP ASSEMBLY |
| 187 | 62-F04-AXXXX | REVERSE LAMP |
| 188 | 62-F04-AXXXX | ASSY CHMSL |
| 189 | 62-F04-AXXXX | ASSY CAMERA SYSTEM LH |
| 190 | 62-F04-AXXXX | ASSY CAMERA SYSTEM RH |
| 191 | 62-F04-AXXXX | ASSY CAMERA SYSTEM CENTRE |
| 192 | 62-F04-AXXXX | ASSY MIRROR HOUSING LH |
| 193 | 62-F04-AXXXX | ASSY MIRROR HOUSING RH |
| 194 | 62-F04-AXXXX | INSTRUMENT CLUSTER - TFT |

| 195 | 62-F04-AXXXX | AUDIO SYSTEM |
| 196 | 62-F04-AXXXX | FRONT END HARDNESS |
| 197 | 62-F04-AXXXX | MID ZONE HARNESS |
| 198 | 62-F04-AXXXX | ENGINE HARNESS |
| 199 | 62-F04-AXXXX | DOOR HARNESS |

**Car #005**

| | Part Number | Description |
|---|---|---|
| 1 | 62-A01-A0007 | ASSY LOTUS CHASSIS |
| 2 | 62-A01-A0009 | ASSY IP BEAM LOTUS CHASSIS RHD |
| 3 | 62-A02-A0011 | ASSY REAR SUBFRAME |
| 4 | 62-A02-A0012 | ASSY SHEAR PLATE |
| 5 | 62-A02-A0060 | ASSY MOUNTING BRACKETS REAR WISHBONE LOWER |
| 6 | 62-A03-A0013 | ASSY FRONT SUBFRAME LOTUS CHASSIS |
| 7 | 62-A03-A0014 | ASSY FRONT FLOOR LOTUS CHASSIS |
| 8 | 62-A05-A0015 | ASSY UPPER STRUCTURE LOTUS CHASSIS |
| 9 | 62-A05-A0016 | ASSY FRONT RADIATOR MOUNT |
| 10 | 62-A05-A0017 | ASSY FRONT HINGE MOUNT |
| 11 | 62-A06-A0018 | ASSY DOOR HINGE & BEAM |
| 12 | 62-E01-AXXXX | ASSY ENGINE |
| 13 | 62-E01-AXXXX | ASSY GEARBOX |
| 14 | 62-E01-AXXXX | ASSY AIRBOX |
| 15 | 62-E01-AXXXX | COOLANT RESERVOIR |
| 16 | 62-E01-AXXXX | DRY SUMP TANK |
| 17 | 62-E01-AXXXX | INTERCOOLER RESERVOIR |
| 18 | 62-E01-AXXXX | WATER PUMP |
| 19 | 62-E01-AXXXX | OIL FILTER |
| 20 | 62-E01-AXXXX | ASSY AC COOLING SYSTEM |
| 21 | 62-E01-AXXXX | ASSY ENGINE COOLING SYSTEM |
| 22 | 62-E01-AXXXX | HEATER PIPESAND HOSES |
| 23 | 62-E01-AXXXX | MA FUEL SYSTEM |
| 24 | 62-E01-AXXXX | MA GEAR SHIFTER |
| 25 | 62-F04-AXXXX | HEADLAMP ASSY LH |
| 26 | 62-F04-AXXXX | HEADLAMP ASSY RH |

| 27 | 62-F04-AXXXX | REAR LAMP ASSEMBLY |
| 28 | 62-F04-AXXXX | REVERSE LAMP |
| 29 | 62-F04-AXXXX | ASSY CHMSL |
| 30 | 62-F04-AXXXX | ASSY CAMERA SYSTEM LH |
| 31 | 62-F04-AXXXX | ASSY CAMERA SYSTEM RH |
| 32 | 62-F04-AXXXX | ASSY CAMERA SYSTEM CENTRE |
| 33 | 62-F04-AXXXX | ASSY MIRROR HOUSING LH |
| 34 | 62-F04-AXXXX | ASSY MIRROR HOUSING RH |
| 35 | 62-F04-AXXXX | INSTRUMENT CLUSTER - TFT |
| 36 | 62-F04-AXXXX | AUDIO SYSTEM |
| 37 | 62-F04-AXXXX | FRONT END HARDNESS |
| 38 | 62-F04-AXXXX | MID ZONE HARNESS |
| 39 | 62-F04-AXXXX | ENGINE HARNESS |
| 40 | 62-F04-AXXXX | DOOR HARNESS |

**Car #006**

| | Part Number | Description |
|---|---|---|
| 1 | 62-A01-A0007 | ASSY LOTUS CHASSIS |
| 2 | 62-A01-A0008 | ASSY IP BEAM LOTUS CHASSIS LHD |
| 3 | 62-A02-A0011 | ASSY REAR SUBFRAME |
| 4 | 62-A02-A0012 | ASSY SHEAR PLATE |
| 5 | 62-A02-A0060 | ASSY MOUNTING BRACKETS REAR WISHBONE LOWER |
| 6 | 62-A03-A0013 | ASSY FRONT SUBFRAME LOTUS CHASSIS |
| 7 | 62-A03-A0014 | ASSY FRONT FLOOR LOTUS CHASSIS |
| 8 | 62-A05-A0015 | ASSY UPPER STRUCTURE LOTUS CHASSIS |
| 9 | 62-A05-A0016 | ASSY FRONT RADIATOR MOUNT |
| 10 | 62-A05-A0017 | ASSY FRONT HINGE MOUNT |
| 11 | 62-A06-A0018 | ASSY DOOR HINGE & BEAM |
| 12 | 62-B01-A0010 | ASSY REAR BUMPER |
| 13 | 62-B01-A0011 | ASSY REAR DIFFUSER |
| 14 | 62-B01-A0012 | ASSY EXHAUST TIP |
| 15 | 62-B01-A0013 | ASSY REAR LICENCE PLATE |
| 16 | 62-B02-A0014 | ASSY REAR CLAM DUCK TAIL |
| 17 | 62-B02-A0015 | ASSY REAR ENGINE COVER |
| 18 | 62-B03-A0062 | ASSY ROCKER LH |
| 19 | 62-B03-A0068 | ASSY ROCKER RH |
| 20 | 62-B04-A0073 | ASSY BODYSIDE LH |
| 21 | 62-B04-A0082 | ASSY BODYSIDE RH |
| 22 | 62-B04-P0088 | REAR FIREWALL |
| 23 | 62-B04-B0089 | BONDED ASSY ROOF INNER |
| 24 | 62-B04-P0094 | FRONT CLAM CABLE BRACKET |
| 25 | 62-B04-P0095 | WIPER TO FUSE BOX BRACKET ADAPTER |
| 26 | 62-B04-P0096 | ROOF OUTER |

| 27 | 62-B04-A0097 | ASSY REAR CLAM LATCH |
|----|--------------|----------------------|
| 28 | 62-B04-A0111 | ASSY FRONT CLAM LATCH |
| 29 | 62-B04-A0122 | ASSY SIDE DUCT LH |
| 30 | 62-B04-A0127 | ASSY SIDE DUCT RH |
| 31 | 62-B04-P0132 | WINDSHIELD |
| 32 | 62-B04-P0133 | DOOR SEAL |
| 33 | 62-B05-A0134 | ASSY DOOR EXTERIOR LH |
| 34 | 62-B05-A0141 | ASSY DOOR EXTERIOR RH |
| 35 | 62-B05-P0148 | GLASS DOOR LH |
| 36 | 62-B05-P0149 | GLASS DOOR RH |
| 37 | 62-B05-A0150 | ASSY DOOR MECHANICAL LH |
| 38 | 62-B05-A0151 | ASSY DOOR MECHANICAL RH |
| 39 | 62-B06-A0164 | ASSY DOOR STRIKERS |
| 40 | 62-B05-A0166 | FRONT CLAM ASSY |
| 41 | 62-B06-A0178 | INSTALL FRONT CLAM STRIKER ASSY |
| 42 | 62-B06-A0181 | INSTALL FRONT CLAM BUMP STOP MOUNT |
| 43 | 6377-P-1160-0001 | FRONT CLAM MESH |
| 44 | 6377-P-1160-0004 | FRONT CLAM MESH RING |
| 45 | 62-B07-A0028 | ASSY FRONT BUMPER |
| 46 | 6377-P-1151-0100 | FRONT BUMPER DUCT CENTRE |
| 47 | 62-B08-P005 | FRONT BUMPER DUCT LH |
| 48 | 62-B08-P006 | FRONT BUMPER DUCT RH |
| 49 | 62-B07-A0030 | ASSY FRONT SPLITTER |
| 50 | 6377-1153-0100L | WHEEL ARCH LINER FRONT LH |
| 51 | 6377-1153-0200L | WHEEL ARCH LINER REAR LH |
| 52 | 6377-1153-0100R | WHEEL ARCH LINER FRONT RH |
| 53 | 6377-1153-0200R | WHEEL ARCH LINER REAR RH |
| 54 | 62-B09-A0033 | ASSY CLAM HINGES |

| 55 | 62-C01-A0046 | ASSY IP SURROUND MOUNTING BRACKET LH |
| 56 | 62-C01-A0049 | ASSY IP SURROUND MOUNTING BRACKET RH |
| 57 | 62-C01-A0052 | ASSY TOP ROLL MOUNTING COMPLETE LH |
| 58 | 62-C01-A0059 | ASSY TOP ROLL MOUNTING COMPLETE RH |
| 59 | 62-C01-A0066 | ASSY DOOR SILL SUPPORT RH |
| 60 | 62-C01-A0069 | ASSY DOOR SILL SUPPORT LH |
| 61 | 62-C02-T0072 | TRIMMED ASSY A-PILLAR LH |
| 62 | 62-C02-T0075 | TRIMMED ASSY A-PILLAR RH |
| 63 | 62-C02-T0079 | TRIMMED ASSY SIDE SILL LH |
| 64 | 62-C02-T0084 | TRIMMED ASSY SIDE SILL RH |
| 65 | 62-C02-T0089 | TRIMMED ASSY LOWER BULKHEAD |
| 66 | 62-C02-T0098 | TRIMMED ASSY UPPER TRIM |
| 67 | 62-C02-T0114 | TRIMMED ASSY FRONT FLOOR |
| 68 | 62-C02-P0118 | FOOTWELL HARNESS COVER |
| 69 | 62-C03-A0119 | INSTALL END CAP SUPPORT RH |
| 70 | 62-C03-A0122 | INSTALL END CAP SUPPORT LH |
| 71 | 62-C03-A0125 | INSTALL LOWER IP SUPPORT SUBSTRATE |
| 72 | 62-C03-A0128 | INSTALL IP SUPPORT LH |
| 73 | 62-C03-A0131 | INSTALL IP SUPPORT CENTRAL LH |
| 74 | 62-C03-A0134 | INSTALL IP SUPPORT CENTRAL RH |
| 75 | 62-C03-A0137 | INSTALL IP SUPPORT RH |
| 76 | 62-C03-A0140 | INSTALL COLUMN SHROUD AND BINNACLE MOUNT |
| 77 | 012254 | TOP ROLL TRIM CENTRE |
| 78 | 62-C03-T059 | TRIMMED ASSY TOP ROLL CENTRE |
| 79 | 015846 | DEMIST DUCTING |
| 80 | 012256 | TOP ROLL TRIM RH |
| 81 | 62-C03-T060 | TRIMMED ASSY TOP ROLL RH |
| 82 | 62-C03-P020 | TOP ROLL SCREEN MOUNTING RH |

| 83 | 62-C03-T061 | TRIMMED ASSY TOP ROLL SCREEN COVER RH |
|----|-------------|----------------------------------------|
| 84 | 012255 | TOP ROLL TRIM LH |
| 85 | 62-C03-T062 | TRIMMED ASSY TOP ROLL LH |
| 86 | 62-C03-P022 | TOP ROLL SCREEN MOUNTING LH |
| 87 | 62-C03-T063 | TRIMMED ASSY TOP ROLL SCREEN COVER LH |
| 88 | 62-C03-T066 | TRIMMED ASSY  IP SURROUND |
| 89 | 012597 | CENTRAL VENT DUCTING |
| 90 | 014339 | SCREEN VENT DUCT LOWER |
| 91 | 62-C03-T069 | TRIMMED ASSY IP MAIN SUBSTRATE |
| 92 | 62-C03-T070 | TRIMMED ASSY IP LOWER FRONT SUBSTRATE |
| 93 | 62-C03-T073 | TRIMMED ASSY IP LOWER MAIN SUBSTRATE |
| 94 | 014695 | SCUTTLE PANEL MOUNT |
| 95 | 62-C03-T076 | TRIMMED ASSY UPPER TRIMMED ASSY BINNACLE |
| 96 | 012505 | BINNACLE LOWER SUBSTRATE |
| 97 | 012326 | COLUMN SHROUD UPPER |
| 98 | 012327 | COLUMN SHROUD LOWER |
| 99 | 012735 | MAIN SWITCH MOUNTING PLATE |
| 100 | 013270 | SWITCH BAR SIDE VENT RH |
| 101 | 012360 | CLOCK MOUNTING BLADE |
| 102 | 62-F04-AXXX | ASSY ROTARY KNOB VOLUME |
| 103 | 62-F04-AXXX | ASSY ROTARY KNOB TRACK SKIP |
| 104 | 62-F04-AXXX | ASSY TOGGLES |
| 105 | 012355 | BREMONT CLOCK |
| 106 | 012354 | BREMONT STOP CLOCK |
| 107 | 62-F04-SXXX | SUB ASSY FOG LIGHT BUTTON |
| 108 | 012481 | SWITCH BAR LH MOUNTING PLATE |
| 109 | 015673 | P62 ROTARY - HEADLIGHT ASSY |
| 110 | 015669 | SWITCH BAR SIDE VENT LH |

| 111 | 012404 | SWITCH BAR FACIA LH |
|-----|--------|---------------------|
| 112 | 015614 | HVAC SWITCH MOUNTING PLATE |
| 113 | 012402 | HVAC BEZEL |
| 114 | 62-F04-AXXX | ASSY ROTARY KNOB DIRECTION |
| 115 | 62-F04-AXXX (2) | ASSY ROTARY KNOB TEMPERATURE |
| 116 | 62-F04-AXXX | ASSY ROTARY KNOB FAN SPEED |
| 117 | 62-F04-AXXX | ASSY TOGGLE SWITCHES |
| 118 | 012551 | AIR VENT MOUNTING BRACKET |
| 119 | 014345 | CENTRAL AIR VENT |
| 120 | 012401 | AIR VENT BEZEL |
| 121 | 012379 | TOGGLE SWITCH |
| 122 | 012616 | CENTRE VENT DUCT LH |
| 123 | 012615 | CENTRE VENT DUCT RH |
| 124 | 013294 | EXPOSED CENTRE CONSOLE LOWER TRIMMED ASSY |
| 125 | 013082 | HANDBRAKE BEZEL |
| 126 | 013170 | CENTRE CONSOLE LOWER TRIM CAP |
| 127 | 013293 | Exposed Centre Console Upper Trimmed Assy |
| 128 | 013158 | CENTRE CONSOLE GEAR SHIFT BEZEL |
| 129 | 62-C04-TXXX | TRIMMED ASSY DOOR POCKET INBOARD LH |
| 130 | 62-C04-TXXX | TRIMMED ASSY DOOR CARD LH |
| 131 | 62-C04-TXXX | TRIMMED ASSY DOOR UPPER LH |
| 132 | 62-C04-TXXX | TRIMMED ASSY DOOR INNER PANEL LH |
| 133 | 011256 | DOOR LATCH STRAP |
| 134 | 62-C04-TXXX | TRIMMED ASSY DOOR POCKET INBOARD RH |
| 135 | 62-C04-TXXX | TRIMMED ASSY DOOR POCKET OUTBOARD RH |
| 136 | 62-C04-TXXX | TRIMMED ASSY DOOR CARD RH |
| 137 | 62-C04-TXXX | TRIMMED ASSY DOOR UPPER RH |
| 138 | 62-C04-TXXX | TRIMMED ASSY DOOR INNER PANEL RH |

| 139 | 011256 | DOOR LATCH STRAP |
|-----|--------|------------------|
| 140 | 62-C06-A0040 | ASSY GEAR SHIFT KNOB BRIGHT |
| 141 | 62-C06-A0042 | ASSY STEERING WHEEL RADFORD |
| 142 | 62-F10-A001 | ASSY COLUMN STALKS |
| 143 | 62-C07-A0044 | ASSY SEAT DRIVER LOTUS |
| 144 | 62-C07-A0045 | ASSY SEAT PASSENGER LOTUS |
| 145 | 62-D00-AXXXX | ASSY UPRIGHT FRONT LH |
| 146 | 62-D00-AXXXX | ASSY UPRIGHT FRONT RH |
| 147 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT LH |
| 148 | 62-D00-AXXXX | ASSY LOWER WISHBONE FRONT LH |
| 149 | 62-D00-AXXXX | ASSY UPPER WISHBONE FRONT RH |
| 150 | 62-D00-AXXXX | ASSY LOWER WISHOBNE FRONT RH |
| 151 | 62-D00-AXXXX | ASSY UPRIGHT REAR LH |
| 152 | 62-D00-AXXXX | ASSY UPRIGHT REAR RH |
| 153 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR LH |
| 154 | 62-D00-AXXXX | ASSY LOWER WISHBONE REAR LH |
| 155 | 62-D00-AXXXX | ASSY UPPER WISHBONE REAR RH |
| 156 | 62-D00-AXXXX | ASSY LOWER WISHOBNE REAR RH |
| 157 | 62-D00-AXXXX | ASSY REAR ANTI ROLL BAR |
| 158 | 62-D00-AXXXX | ASSY FRONT HUB LH |
| 159 | 62-D00-AXXXX | ASSY FRONT HUB RH |
| 160 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT LH |
| 161 | 62-D00-AXXXX | ASSY REAR HUB & DRIVESHAFT RH |
| 162 | 62-D00-AXXXX | MA HANDBRAKE |
| 163 | 62-D00-AXXXX | ASSY 2 WAY DAMPERS ROAD |
| 164 | 62-D00-AXXXX | ASSY NOSE LIFT PUMP |
| 165 | 62-D00-AXXXX | ASSY PEDAL BOX LOTUS |
| 166 | 62-D00-AXXXX | REAR WHEEL DYMAG |

| 167 | 62-D00-AXXXX | FRONT WHEEL DYMAG |
|-----|--------------|-------------------|
| 168 | 62-D00-AXXXX | FRONT TIRE |
| 169 | 62-D00-AXXXX | REAR TIRE |
| 170 | 62-E01-AXXXX | ASSY ENGINE |
| 171 | 62-E01-AXXXX | ASSY GEARBOX |
| 172 | 62-E01-AXXXX | ASSY AIRBOX |
| 173 | 62-E01-AXXXX | COOLANT RESERVOIR |
| 174 | 62-E01-AXXXX | DRY SUMP TANK |
| 175 | 62-E01-AXXXX | INTERCOOLER RESERVOIR |
| 176 | 62-E01-AXXXX | WATER PUMP |
| 177 | 62-E01-AXXXX | OIL FILTER |
| 178 | 62-E01-AXXXX | ASSY AC COOLING SYSTEM |
| 179 | 62-E01-AXXXX | ASSY ENGINE COOLING SYSTEM |
| 180 | 62-E01-AXXXX | HEATER PIPESAND HOSES |
| 181 | 62-E01-AXXXX | MA FUEL SYSTEM |
| 182 | 62-E01-AXXXX | MA GEAR SHIFTER |
| 183 | 62-F04-AXXXX | HEADLAMP ASSY LH |
| 184 | 62-F04-AXXXX | HEADLAMP ASSY RH |
| 185 | 62-F04-AXXXX | REAR LAMP ASSEMBLY |
| 186 | 62-F04-AXXXX | REVERSE LAMP |
| 187 | 62-F04-AXXXX | ASSY CHMSL |
| 188 | 62-F04-AXXXX | ASSY CAMERA SYSTEM LH |
| 189 | 62-F04-AXXXX | ASSY CAMERA SYSTEM RH |
| 190 | 62-F04-AXXXX | ASSY CAMERA SYSTEM CENTRE |
| 191 | 62-F04-AXXXX | ASSY MIRROR HOUSING LH |
| 192 | 62-F04-AXXXX | ASSY MIRROR HOUSING RH |
| 193 | 62-F04-AXXXX | INSTRUMENT CLUSTER - TFT |
| 194 | 62-F04-AXXXX | AUDIO SYSTEM |

| 195 | 62-F04-AXXXX | FRONT END HARDNESS |
| 196 | 62-F04-AXXXX | MID ZONE HARNESS |
| 197 | 62-F04-AXXXX | ENGINE HARNESS |
| 198 | 62-F04-AXXXX | DOOR HARNESS |

**Car #008**

|   | Part Number | Description |
|---|---|---|
| 1 | 62-A01-AXXX | CARBON CHASSIS |
| 2 | 62-B04-A0073 | ASSY BODYSIDE LH |
| 3 | 62-B04-A0082 | ASSY BODYSIDE RH |
| 4 | 62-B04-P0088 | REAR FIREWALL |
| 5 | 62-B04-B0089 | BONDED ASSY ROOF INNER |
| 6 | 62-B04-P0096 | ROOF OUTER |

**Schedule A/B, Part 7 - Office furniture, fixtures, and equipment**

| | Item | Description | Quantity |
|---|---|---|---|
| 1 | Adjustable Desk | Adjustable electronic computer Desk | 7 |
| 2 | Dream Machine Pro | Network controller | 1 |
| 3 | Ubiquiti US-48-500W-A | Newtork 48 port switch | 2 |
| 4 | USP PDU Pro | Power controller | 1 |
| 5 | USW Aggregation | Newtork Aggregator switch | 1 |
| 6 | Ubiquiti Access Point | wireless access point | 5 |
| 7 | Ubiquiti  AI 360 | Indoor 360 Security | 1 |
| 8 | Ubiquiti  G5 Dome | Outdoor security camera | 2 |
| 9 | Ubiquiti  G5 Bullet | Indoor security camera | 1 |
| 10 | Ubiquiti  G4 Instant | Indoor security camera | 1 |
| 11 | Ubiquiti  Access Door Hub | Door access controller | 2 |
| 12 | Ubiquiti  reader | Door access reader | 2 |
| 13 | Ubiquiti  reader ultra | Door access reader | 1 |
| 14 | Ubiquiti  NVR | Security Controller | 1 |
| 15 | TV | 55" TCL | 3 |
| 16 | HP Color Printer | Office Printer | 1 |
| 17 | Portal Camera | Meeting Camera | 2 |
| 18 | Logitech Camera | Conference camera | 1 |
| 19 | File cabinets | 20" white mobile pedastal cabinets | 5 |
| 20 | File cabinet | drawer storage area cabinet | 1 |
| 21 | Accent chairs | solid wood accent chairs | 4 |
| 22 | Office chairs | black fabric adjustbale swivel chairs | 13 |
| 23 | TV | 50" Samsung | 1 |
| 24 | TV | 80" Samsung | 1 |
| 25 | Table | Birch sawhorse table | 6 |
| 26 | Couch | 70" faux leather couch | 2 |
| 27 | Coffee tables | low mid-century inspired birch | 2 |

| 28 | Hanging plants | faux decorative plants | 2 |
|----|----|----|----|
| 29 | Lights | Phottix 65 softbox lamps | 2 |
| 30 | Cabinet | medium oak & rattan cabinet | 1 |
| 31 | Microphone | adjustable microphone | 2 |
| 32 | Neon light | Radford custom neon light | 1 |
| 33 | Rug | 8 x 10 rugs | 2 |
| 34 | Book shelf | 5' book shelf | 1 |
| 35 | Wardrobe armoire | 70" wooden armoire cabinet | 1 |
| 36 | Side chairs | mid century sides chairs (black) | 2 |
| 37 | End table | faux wood end tables | 2 |
| 38 | Kitchen table + chairs | wood & metal round kitchen table + 4 matching chair set | 1 |
| 39 | Wall art | framed prints (19" x 23") | 11 |
| 40 | Plants | potted fiddle leaf tree | 1 |
| 41 | Air purifier | levoiot room air purifier | 1 |
| 42 | Accent chairs | rattan woven accent chairs | 2 |
| 43 | Custom Shop rack | 10'x6'x24" Custom Metal frame rack | 4 |
| 44 | Custom Shop workbench | 8'x24" white wooden top Metal frame Workbench | 11 |
| 45 | CP Autosport Setup Wizard | Digital Automobile Alignment system | 1 |
| 46 | REID Porta Gantry | Gantry hoist | 1 |
| 47 | Titan 3 | Vinyl Cutter | 1 |
| 48 | HP DesignJet T630 | Color Plotter | 1 |
| 49 | Samsung Refrigerator | Office refrigerator | 1 |
| 50 | Material Samples | Holland & Sherry textile sample book | 1 |
| 51 | Materials samples | Connolly leather sample book | 2 |
| 52 | Materials samples | Relicate outdoor leather samples | 15 |
| 53 | Wall Clock | Bremont wall clock | 1 |
| 54 | Poster tubes | xlarge poster tubes | 175 |
| 55 | Clothes rack | wooden clothes rack | 1 |
| 56 | Stools | wooden and ratten stools | 2 |

| 57 | L shaped desk | faux wood L-shaped desk | 1 |
| 58 | Phone cases | custom Radford Case Mate cases | 12 |
| 59 | Wall picture frames | mounted wall picture frames | 3 |
| 60 | LED moonlight | Amaron 100x light | 2 |
| 61 | Silhouette metal art | wall metal silhouette art | 1 |
| 62 | Round rug | 6 x 6 natural fiber rug | 1 |
| 63 | Computer Monitor | LG 32" widescreen monitor | 1 |
| 64 | Computer Monitor | Samsung Monitor | 2 |
| 65 | Laptop Computer | Dell Laptop computer | 1 |
| 66 | Computer | Apple Pro computer | 1 |

**Schedule A/B, Part 8 - Machinery, equipment and vehicles**

| Item (Mouldings and Hardware) | Quantity |
|---|---|
| Wheel arch liners | 4 |
| Wing mirrors | 2 |
| Centre console RH & LHD | 2 |
| Side sill interior flat | 2 |
| Side sill threshold RHD | 2 |
| Side sill threshold LHD | 2 |
| Dashframe (band) | 1 |
| 2 part steering column cowl | 2 |
| Rear bulkhead interior | 1 |
| Part headliner | 2 |
| A pillar trims | 2 |
| Rear view screen covers | 2 |
| Front crash structure extension(clam hinge mounts | 1 |
| Rear firewall bulhead | 2 |
| (Ex ace) footplate floor | 1 |
| Door pocket for speakers | 2 |
| Carbon tub to bodyshell (pikes peak) closing panels | 15 |
| Interior backing blocks (location blocks carryover from 3D parts) | 12 |
| 1 set Tillet seat upholstery pads | 1 |
| 1 set Revere seat upholstery pads | 1 |
| Track car fender flare moulds | 4 |
| Floor board mould | 1 |
| Front splitter moud | 2 |
| Bodyside LH | 1 |
| Bodyside RH | 1 |
| Roof Inner | 1 |
| Roof Outer | 1 |
| Rear Clam Outer (smooth) | 1 |
| Rear clam Outer (ducktail) | 1 |
| Rear Clam Inner | 1 |
| Rear Cover Infill Panel | 1 |
| Rear Bumper | 1 |
| Rear Bumper Upper Brace | 1 |
| Rear Diffuser | 1 |
| Side Sill LH | 1 |
| Side Sill RH | 1 |
| Door Outer LH | 1 |
| Door Inner LH | 1 |
| Door Outer RH | 1 |
| Door Inner RH | 1 |
| Side Vent / Air Duct LH (2 moulds) | 1 |
| Side Vent / Air Duct RH (2 moulds) | 1 |
| Front Clam Outer | 1 |
| Front Clam Inner | 1 |
| Front Bumper | 1 |

**Schedule A/B, Part 10 - Design Patents**

| DOCKET NO. | COUNTRY | SERIAL NO. | PATENT NO. | FILE DATE | ISSUE DATE | STATUS | TITLE | EXP DATE |
|---|---|---|---|---|---|---|---|---|
| FINEST-100.1D | US | 29/802,723 | | 8/6/2021 | | PENDING | VEHICLE BODY EXTERIOR | 2/1/2037 |
| FINEST-100.1D-WO | WO | 35/002,208 | | | | PENDING | VEHICLE BODY EXTERIOR | |
| FINEST-100.20 | US | 29/802,724 | | 8/6/2021 | | PENDING | VEHICLE REAR CLAMP AND ENGINE COVER | |
| FINEST-100.20-WO | WO | 35/002,209 | | | | PENDING | VEHICLE REAR CLAMP AND ENGINE COVER | |
| FINEST-100.20-WO-CA | CA | DM/223,352 / 214807 | DM/223352 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE REAR CLAMP AND ENGINE COVER | varies by country |
| FINEST-100.20-WO-EP | EU | DM/223,352 | DM/223352 | 2/1/2022 | | PENDING | VEHICLE REAR CLAMP AND ENGINE COVER | 2/1/2037 |
| FINEST-100.20-WO-GB | GB | 35/002,209 | | 2/1/2022 | | PENDING | VEHICLE REAR CLAMP AND ENGINE COVER | 2/1/2047 |
| FINEST-100.3D | US | 29/802,726 | | 8/6/2021 | | PENDING | VEHICLE CENTER CONSOLE | 2/1/2047 |
| FINEST-100.30 | US | 35/002,210 | | | | ISSUED | VEHICLE CENTER CONSOLE | |
| FINEST-100.30-WO | WO | DM/222,282 / 214816 | DM/222282 | 2/1/2022 | 2/1/2022 | PENDING | VEHICLE CENTER CONSOLE | |
| FINEST-100.30-WO-CA | CA | DM/222,282 | DM/222282 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE CENTER CONSOLE | varies by country |
| FINEST-100.30-WO-EU | EU | DM/222,282 | | 2/1/2022 | | PENDING | VEHICLE CENTER CONSOLE | 2/1/2037 |
| FINEST-100.30-WO-GB | GB | DM/222,282 | | 2/1/2022 | | PENDING | VEHICLE CENTER CONSOLE | 2/1/2047 |
| FINEST-100.4D | US | 29/802,725 | | 8/6/2021 | | PENDING | VEHICLE INTERIOR DOOR | 2/1/2047 |
| FINEST-100.40 | WO | 35/002,211 | | | | ISSUED | VEHICLE INTERIOR DOOR | |
| FINEST-100.40-WO-CA | CA | DM/222,281 / 214817 | DM/222281 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE INTERIOR DOOR | varies by country |
| FINEST-100.40-WO-EU | EU | DM/222,281 | DM/222281 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE INTERIOR DOOR | 2/1/2037 |
| FINEST-100.40-WO-GB | GB | DM/222,281 | | 2/1/2022 | | PENDING | VEHICLE INTERIOR DOOR | 2/1/2047 |
| FINEST-100.5D | US | 29/802,727 | | 8/6/2021 | | PENDING | VEHICLE SEAT | 2/1/2047 |
| FINEST-100.50 | US | 35/002,212 | | | | PENDING | VEHICLE SEAT | |
| FINEST-100.50-WO | WO | DM/220,045 / 212131 | DM/220045 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE SEAT | |
| FINEST-100.50-WO-CA | CA | DM/220,045 | | 2/1/2022 | | PENDING | VEHICLE SEAT | varies by country |
| FINEST-100.50-WO-EU | EU | DM/220,045 | DM/220045 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE SEAT | 2/1/2037 |
| FINEST-100.50-WO-GB | GB | DM/220,045 | | 2/1/2022 | | PENDING | VEHICLE SEAT | 2/1/2047 |
| FINEST-100.6D-WO | WO | 29/802,729 | | 8/6/2021 | | PENDING | VEHICLE INSTRUMENT PANEL | 2/1/2047 |
| FINEST-100.60 | US | 35/002,213 | | | | ISSUED | VEHICLE INSTRUMENT PANEL | |
| FINEST-100.60-WO-CA | CA | DM/220,611 / 212804 | DM/220611 | 2/1/2022 | 2/1/2022 | PENDING | VEHICLE INSTRUMENT PANEL | varies by country |
| FINEST-100.60-WO-EU | EU | DM/220,611 | DM/220611 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE INSTRUMENT PANEL | 2/1/2037 |
| FINEST-100.60-WO-GB | GB | DM/220,611 | | 2/1/2022 | | PENDING | VEHICLE INSTRUMENT PANEL | 2/1/2047 |
| FINEST-100.70 | US | 35/002,214 | | 8/6/2021 | | ISSUED | VEHICLE WHEEL, RIM | 2/1/2047 |
| FINEST-100.70-WO | WO | 29/802,732 | | | | ISSUED | VEHICLE WHEEL, RIM | |
| FINEST-100.70-WO-CA | WO | 35/002,214 | | | | PENDING | VEHICLE WHEEL, RIM | varies by country |
| FINEST-100.70-WO-CA | CA | DM/220,240 / 212500 | | 2/1/2022 | | PENDING | VEHICLE WHEEL, RIM | 2/1/2037 |
| FINEST-100.70-WO-EU | EU | DM/220,240 | DM/220240 | 2/1/2022 | 2/1/2022 | ISSUED | VEHICLE WHEEL, RIM | 2/1/2047 |
| FINEST-100.70-WO-GB | GB | DM/220,240 | DM/220240 | 2/1/2022 | | PENDING | VEHICLE WHEEL, RIM | 2/1/2047 |

**Schedule A/B, Part 10 - Trademarks**

| Trademark | Logo | Jurisdiction | Applicant/Registrant | Status | Application | Application | Registration | Registration | Class | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| GOLD LEAF | GOLD LEAF | USA | Finest Coachbuilding Group, LLC | Registered | 90503889 | 12/22/2020 | 6761740 | 6/14/2022 | 12 | Automobiles; Automobiles and structural parts thereof |
| JOHN PLAYER SPECIAL | JOHN PLAYER SPECIAL | USA | Finest Coachbuilding Group, LLC | Pending | 90054639 | 7/15/2020 | | | 12 | Automobiles; Automobiles and structural parts thereof; Air bags; Air pumps for automobiles; Ashtrays for automobiles; Automotive body kits comprising external structural parts of automobiles; Brake pads for automobiles; Bumpers for automobiles; Cigar lighters for automobiles; Cigarette lighters for automobiles; Cup holders for use in automobiles; Direction signals for automobiles; Doors for automobiles; Motor vehicles, namely, automobiles, trucks, vans, sport utility vehicles and structural parts thereof; Motors for automobiles; Mudguards for automobiles; Rearview mirrors for automobiles; Seats for automobiles; Shock absorbers for automobiles; Spoilers for automobiles; Spokes for automobiles; Steering wheel covers for automobiles; Steering wheels for automobiles; Structural parts for automobiles; Sun visors for automobiles; Sun-blinds adapted for automobiles; Tires; Warning horns for automobiles; Wheel rims; Wheels for automobiles; Windscreen wipers |
| JOHN PLAYER SPECIAL | JOHN PLAYER SPECIAL | USA | Finest Coachbuilding Group, LLC | Published (Publication Period Ends 01/23/2024) | 97930413 | 5/10/2023 | | 4/4/2023 | 25 | Athletic shirts; Baseball caps; Dresses; Driving gloves; Graphic T-shirts; Hats; Hooded sweatshirts; Polo shirts; Pullovers; Shirts; Shorts; Skirts; Socks; Sweaters; Sweatpants; T-shirts; Tank tops; Athletic jackets; Bomber jackets; Clothing jackets; Sweat jackets |
| JOHN PLAYER SPECIAL | JOHN PLAYER SPECIAL | USA | Finest Coachbuilding Group, LLC | Registered | 90575381 | 7/15/2020 | 7019431 | 8/31/2021 | 12 | Automobiles; Automobiles and structural parts thereof; Automotive body kits comprising external structural parts of automobiles |
| JOHN PLAYER SPECIAL | JOHN PLAYER SPECIAL | Canada | Finest Coachbuilding Group, LLC | Pending | 2090972 | 7/15/2020 | | | 12 | Automobiles; automobiles and structural parts thereof; air bags; air pumps for automobiles; ashtrays for automobiles; automotive body kits comprising external structural parts of automobiles; brake pads for automobiles; bumpers for automobiles; cigar lighters for automobiles; cigarette lighters for automobiles; cup holders for use in automobiles; direction signals for automobiles; doors for automobiles; motor vehicles, namely, automobiles, trucks, vans, sport utility vehicles and structural parts thereof; motors for automobiles; mudguards for automobiles; rearview mirrors for automobiles; seats for automobiles; shock absorbers for automobiles; spoilers for automobiles; spokes for automobiles; steering wheel covers for automobiles; steering wheels for automobiles; structural parts for automobiles; sun visors for automobiles; sun-blinds adapted for automobiles; tires; warning horns for automobiles; wheel rims; wheels for automobiles; windscreen wipers |
| JOHN PLAYER SPECIAL | JOHN PLAYER SPECIAL | Australia | Finest Coachbuilding Group, LLC | Registered | 2162352 | 1/13/2021 | 2162352 | 1/13/2021 | 12 | Automobiles; automobiles and structural parts thereof; air bags; air pumps for automobiles; ashtrays for automobiles; automotive body kits comprising external structural parts of automobiles; brake pads for automobiles; bumpers for automobiles; cigar lighters for automobiles; cup holders for use in |



| Mark | Country | Owner | Status | No. | Date | Reg. No. | Reg. Date | Class | Goods and Services |
|---|---|---|---|---|---|---|---|---|---|
| JOHN PLAYER SPECIAL | WO - International madrid protocol (AU, CA, EM, GB, JP) | Finest Coachbuilding Group, LLC | Registered | 1580376 | 1/13/2021 | | | 12 | Automobiles; automobiles and structural parts therefor; air bags; air pumps for automobiles; ashtrays for automobiles; automotive body kits comprising external structural parts of automobiles; bumpers for automobiles; cigar lighters for automobiles; cigarette lighters for automobiles; cup holders for use in cigar lighters for automobiles; doors for automobiles; motor vehicles, namely, automobiles, trucks, vans, sport utility vehicles and structural parts therefor; motors for automobiles; mudguards for automobiles; rearview mirrors for automobiles; seats for automobiles; shock absorbers for automobiles; spoilers for automobiles; spokes for automobiles; steering wheel covers for automobiles; steering wheels for automobiles; structural parts for automobiles; sun visors for automobiles; sun-blinds adapted for automobiles; tires; warning horns for automobiles; wheel rims; wheels for automobiles; windscreen wipers |
| JOHN PLAYER SPECIAL | USA | Finest Coachbuilding Group, LLC | Registered | 90054639 (US APP) | 1/13/2021 | | | 12 | Automobiles; automobiles and structural parts therefor; automotive body kits comprising external structural parts of automobiles |
| JPS | USA | Finest Coachbuilding Group, LLC | Registered | 97365276 | 6/14/2021 | 6762565 | 6/14/2022 | 12 | Automobiles, automobiles and structural parts therefor; automotive body kits comprising external structural parts of automobiles |
| JPS | USA | Finest Coachbuilding Group, LLC | Registered | 97111439 | 11/5/2021 | 6707514 | 4/19/2022 | 12 | Automobiles and structural parts therefor; automotive body kits comprising external structural parts of automobiles |
| JPS | USA | Finest Coachbuilding Group, LLC | Published (Publication Period Ends 01/19/2024) | 97930419 | 5/10/2023 | | | 25 | Athletic shirts; Baseball caps; Dresses; Driving gloves; Graphic T-shirts; Hats; Hooded sweatshirts; Pants; Polo shirts; Pullovers; Shirts; Shorts; Skirts; Socks; Sweaters; Sweatpants; T-shirts; Tank tops; Athletic jackets; Bomber jackets; Clothing jackets; Sweat jackets |
| JPS JOHN PLAYER SPECIAL | USA | Finest Coachbuilding Group, LLC | Registered | 97111448 | 11/5/2021 | 6707515 | 4/19/2022 | 12 | Automobiles; automobiles and structural parts therefor; automotive body kits comprising external structural parts of automobiles |
| R | USA | Finest Coachbuilding Group, LLC | Pending | 97365292 | 4/13/2022 | | | 12 | Air bags; Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gear shifters; Automobile gear sticks; Automobile hoods; Automobile roof racks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage cells; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile sunroofs; Automobile suspension system components, namely, spring perches; Automobile suspension devices, namely, coilovers; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automobiles and structural parts therefor; Automotive engine mounts; Automotive interior paneling; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers; Cargo carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for land vehicles; Door panels for land vehicles; Doors for automobiles; Drive chains for land vehicles; Drive shafts for land vehicles; Driving chains for land vehicles; Driving motors for land vehicles; Engine mounts for land vehicles; Engines for land vehicles; Fuel lines for vehicles; Gas tanks for land vehicles; Gearboxes; Glass windows for vehicles; Head rests for seats for motor cars; Hood shields as structural parts of vehicles; Horns for motor cars; Land vehicle parts, namely, tire chains; License plate frames; Luggage carriers for automobiles; Luggage nets for vehicles; Motor cars; Motors and engines for land vehicles; Motors for automobiles; Motors for land vehicles; Mud flaps for vehicles; Mudguards for automobiles; Racing cars; Rearview mirrors for automobiles; Rims for vehicle wheels; Safety belts for vehicle seats; Seat belts for use in vehicles; Seats for automobiles; Shock absorbers for land vehicles; Side view mirrors for vehicles; Sports cars; Steering wheel covers for automobiles; Steering wheel covers for land vehicles; Structural parts for automobiles; Tires; Transmission cases for land vehicles; Vehicle brake discs; Vehicle brake pads; Vehicle bumpers; Vehicle chassis; Vehicle fuel tanks; Vehicle head rest covers; Vehicle hoods; Vehicle parts, namely, steering wheels; Vehicle seat cushions; Vehicle seats; Vehicle wheel rims; Wheel rims for automobiles; Wheels for automobiles |

| Mark | Country | Owner | Status | Serial No. | Filing Date | Reg. No. | Reg. Date | Class | Goods / Services |
|---|---|---|---|---|---|---|---|---|---|
| R RADFORD | USA | Finest Coach Building Group, LLC | Pending | 97361171 | 4/13/2022 | | | 35 | On-line retail store services featuring automobiles; Retail stores featuring automobiles |
| R (logo) | USA | Finest Coach Building Group, LLC | Pending | 97361159 | 4/13/2022 | | | 41 | Education services, namely, providing classes and workshops in the field of high performance driving, grand prix road racing, advanced road racing, highway driving safety and survival, and executive protection driving; Entertainment services in the nature of automobile racing and exhibitions; Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content; Entertainment services in the nature of development, creation, production, distribution, and post-production of television shows; Entertainment services in the nature of professional athletes competing in automobile racing and exhibitions; Entertainment services in the nature of creation, development, and production of television programming; Providing a web site featuring on-line courses of instruction in driving high performance automobiles; Vehicle-driving instruction; Vehicle driving instruction; Entertainment services in the nature of production of podcasts and multimedia |
| (smiley logo) | USA | Finest Coachbuilding Group, LLC | Pending | 90975997 | 9/26/2020 | | | 12 | Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Airbags for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chains; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gear shifters; Automobile gear sticks; Automobile hoods; Automobile roof racks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage cells; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile suspension systems; Automobile suspension system components, namely, coilovers; Automobile suspension system components, namely, spring perches; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automotive engine mounts; Automotive hood ornaments; Automotive interior paneling; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers; Cargo carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for land vehicles; Door panels for land vehicles; Doors for automobiles; Drive shafts for land vehicles; Driving chains for land vehicles; Driving motors for land vehicles; Engine mounts for land vehicles; Engines for land vehicles; Fuel tanks for land vehicles; Gas tanks for land vehicles; Gearboxes; Glass windows for vehicles; Head rests for seats for motor cars; Hood shields as structural parts of vehicles; Horns for motor cars; License plate frames; Luggage carriers for automobiles; Luggage nets for vehicles; Motor car doors; Motor car seats; Motor car windows; Motor cars; Motors and engines for land vehicles; Motors for automobiles; Mud flaps for vehicles; Mudguards; Racing cars; Rearview mirrors for automobiles; Rims for vehicle wheels; Safety belts for vehicle seats; Seat belts for use in vehicles; Seats for automobiles; Shock absorbers for automobiles; Side view mirrors for vehicles; Sports cars; Steering wheel covers for automobiles; Steering wheels for automobiles; Structural parts for automobiles; Suspension systems for automobiles; Tires; Transmissions for land vehicles; Vehicle bodies; Vehicle brake discs; Vehicle brake pads; Vehicle bumpers; Vehicle chassis; Vehicle fuel tanks; Vehicle head rest covers; Vehicle hoods; Vehicle parts, namely, shock absorbers; Vehicle parts, namely, steering wheels; Vehicle seat cushions; Vehicle seats; Vehicle wheels; Wheel rims; Wheels for automobiles |
| (smiley logo) | USA | Finest Coachbuilding Group, LLC | Pending | 90135405 | 9/26/2020 | | | 12 | Automobiles; Automobiles and structural parts therefor |
| RADFORD (R logo) | USA | Finest Coachbuilding Group, LLC | Registered | 90534001 | 2/18/2021 | 6769454 | 6/21/2022 | 41 | Entertainment services in the nature of development, creation, production, distribution, and post-production of a television series |

| Mark | Country | Owner | Status | Serial No. | Date | Class | Goods/Services |
|---|---|---|---|---|---|---|---|
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Pending | 90213413 | 9/26/2020 | 25 | Athletic shirts; Baseball caps; Dresses; Driving gloves; Graphic T-shirts; Hats; Hooded sweatshirts; Jackets; Pants; Polo shirts; Pullovers; Shirts; Shorts; Skirts; Socks; Sweaters; Sweatpants; T-shirts; Tank tops |
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Cancelled | 99976026 | 2/18/2021 | 37 | Automobile customization services; Automobile reconditioning services; Restoration in the field of motor land vehicles |
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Pending | 90534105 | 2/18/2021 | 37 | Automobile cleaning; Automobile detailing; Automobile painting; Automobile polishing; Automobile repair and maintenance; Maintenance and/or repair of motor land vehicles; Rebuilding of motor land vehicle engines; Repair of automobiles; Vehicle cleaning; Vehicle detailing; Vehicle maintenance and repair; Vehicle maintenance consultation; Vehicle painting; Vehicle polishing; Vehicle repair and maintenance; Vehicle repair consultation; Vehicle repair services; Combustion engine repair; Custom rebuilding of existing land vehicles and structural parts therefor; Refurbishing of motor land vehicles |
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Pending | 90681268 | 4/29/2021 | 35 | Retail stores featuring automobiles; On-line retail store services featuring automobiles |
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Cancelled | 90534252 | 2/18/2021 | 41 | Education services, namely, providing classes and workshops in the fields of high performance driving; Driving and pre-road racing, advanced road racing, highway driving safety and survival, and executive protection driving; Entertainment services in the nature of automobile racing and exhibitions; Entertainment services in the nature of professional athletes competing in automobile racing and exhibitions; Providing a web site featuring on-line courses of instruction in driving high performance automobiles; Vehicle-driving instruction |
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Pending | 97361326 | 4/13/2022 | 12 | Air bags; Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gear shifters; Automobile gear sticks; Automobile hoods; Automobile roof racks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage cells; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile sunroofs; Automobile suspension system components, namely, spring springs; Automobile suspension devices, namely, coilovers; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automobiles; Automobiles and structural parts therefor; Automotive engine mounts; Automotive interior paneling; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for land vehicles; Door panels for land vehicles; Doors for automobiles; Drive chains for land vehicles; Drive shafts for land vehicles; Driving chains for land vehicles; Driving motors for land vehicles; Engine mounts for land vehicles; Engines for land vehicles; Fuel lines for vehicles; Gas tanks for land vehicles; Gearboxes; Glass windows for vehicles; Head rests for seats for motor cars; Hood shields as structural parts of vehicles; Horns for motor cars; Land vehicle parts, namely, tire chains; License plate frames; Luggage carriers for automobiles; Luggage nets for vehicles; Motor car doors; Motor car seats; Motor car windows; Motor cars; Motors and engines for land vehicles; Motors for automobiles; Motors for land vehicles; Mud flaps for vehicles; Mudguards for automobiles; Racing cars; Rearview mirrors for automobiles; Rims for vehicle wheels; Safety belts for vehicle seats; Seat belts for use in vehicles; Seats for automobiles; Shock absorbers for automobiles; Side view mirrors for vehicles; Sports cars; Steering wheel covers; Steering wheels for automobiles; Structural parts for automobiles; Tires; Transmission cases for land vehicles; Vehicle bodies; Vehicle brake discs; Vehicle brake pads; Vehicle bumpers; Vehicle chassis; Vehicle fuel tanks; Vehicle head rest covers; Vehicle hoods; Vehicle parts, namely, steering wheels; Vehicle seat cushions; Vehicle seats; Vehicle wheels; Wheel rims; Wheel rims for automobiles |
| RADFORD ® | USA | Finest Coachbuilding Group, LLC | Pending | 97361315 | 4/13/2022 | 35 | On-line retail store services featuring automobiles; Retail stores featuring automobiles |

RADFORD

| Mark | Country | Owner | Status | No. | Date | No. | Date | Class | Goods/Services |
|---|---|---|---|---|---|---|---|---|---|
| RADFORD | USA | Finest Coachbuilding Group, LLC | Pending | 97361303 | 4/13/2022 | | | 41 | Education services, namely, providing classes and workshops in the field of high performance driving, grand prix road racing, advanced road racing, highway driving safety and survival, and executive protection driving; Entertainment services in the nature of automobile racing and exhibitions; Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content; Entertainment services in the nature of development, creation, production, distribution, and post-production of television shows; Entertainment services in the nature of professional athletes competing in automobile racing and exhibitions; Entertainment services in the nature of creation, development, and production of television programming; Providing a web site featuring on-line courses of instruction in driving high performance automobiles; Vehicle-driving instruction; Vehicle driving instruction; Entertainment services in the nature of production of podcasts and multimedia |
| RADFORD | USA | Finest Coachbuilding Group, LLC | Pending | | 6/28/2022 | 6854212 | 9/20/2022 | 41 | Entertainment services in the nature of automobile racing and exhibitions; Entertainment services in the nature of professional athletes competing in automobile racing and exhibitions; Providing a web site featuring on-line courses of instruction in driving high performance automobiles; Vehicle-driving instruction |
| RADFORD | Indonesia | Finest Coachbuilding Group, LLC | | DID2022045434, JID2022045440 and JID2022045449, 90461938 | 1/12/2021 | | | 12,35,4 1 | Class 12 Air bags; Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gearshifters; Automobile gear sticks; Automobile hoods; Automobile roofracks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage cells; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile sunroofs; Automobile suspension system components, namely, spring perches; Automobile suspension devices, namely, coilovers; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automobiles and structural parts therefor; Automobile interior paneling; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers; Cargo carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for motor vehicles... Entertainment services in the nature of automobile racing and exhibitions; Entertainment services in the nature of professional athletes competing in automobile racing and exhibitions; Providing a web site featuring on-line courses of instruction in driving high performance automobiles; Vehicle-driving instruction |

| Mark | Country | Owner | Status | Serial | Date | Class | Goods/Services |
|---|---|---|---|---|---|---|---|
| RADFORD | USA | Finest Coachbuilding Group, LLC | | 90213328 | 9/26/2020 | 12 | Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Airbags for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chains; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gear shifters; Automobile gear sticks; Automobile hoods; Automobile roof racks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage systems; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile sunroofs; Automobile suspension devices, namely, coilovers; Automobile suspension system components, namely, spring perches; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automobiles and structural parts therefor; Automotive engine mounts; Automotive hood ornaments; Automotive interior painting; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers; Cargo carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for land vehicles; Door panels for land vehicles; Doors for automobiles; Drive shafts for land vehicles; Driving chains for land vehicles; Driving motors for land vehicles; Engine mounts for land vehicles; Engines for land vehicles; Fuel lines for vehicles; Gas tanks for land vehicles; Gearboxes; Glass windows for vehicles; Head rests for seats for motor cars; Hood shields as structural parts of vehicles; Horns for motor cars; License plate frames; Luggage carriers for automobiles; Luggage nets for vehicles; Motor car doors; Motor car seats; Motor car windows; Motor cars; Motors and engines for land vehicles; Motors for automobiles; Mud flaps for vehicles; Mudguards; Racing cars; Rearview mirrors for automobiles; Rims for vehicle wheels; Safety belts for vehicle seats; Seat belts for use in vehicles; Seats for automobiles; Shock absorbers for automobiles; Side view mirrors for vehicles; Sports cars; Steering wheel covers for automobiles; Steering wheels for automobiles; Structural parts for automobiles; Suspension systems for automobiles; Tires; Transmissions for land vehicles; Vehicle bodies; Vehicle brake discs; Vehicle brake pads; Vehicle bumpers; Vehicle chassis; Vehicle fuel tanks; Vehicle head rest covers; Vehicle hoods; Vehicle parts, namely, shock absorbers; Vehicle parts, namely, steering wheels; Vehicle seat cushions; Vehicle seats; Vehicle wheels; Wheel rims; Wheels for automobiles |
| RADFORD | USA | Finest Coachbuilding Group, LLC | Cancelled | 90213325 | 9/26/2020 | 37 | Automobile cleaning; Automobile customization services; Automobile detailing; Automobile painting; Automobile polishing; Automobile reconditioning services; Automobile repair and maintenance; Restoration in the field of motor land vehicles; Vehicle cleaning; Vehicle detailing; Vehicle maintenance; Vehicle painting; Vehicle polishing; Vehicle repair and maintenance; Vehicle repair consultation; Vehicle repair services; Combustion engine repair; Custom rebuilding of existing land vehicles and structural parts therefor; Maintenance and/or repair of motor land vehicles; Rebuilding of motor land vehicle engines; Refurbishing of motor land vehicles; Repair of automobiles |
| RADFORD | USA | Finest Coachbuilding Group, LLC | Cancelled | 90213390 | 9/26/2020 | 41 | Entertainment services in the nature of development, creation, production, distribution, and post-production of a television series |
| RADFORD | USA | Finest Coachbuilding Group, LLC | Cancelled | 90213372 | 9/26/2020 | 25 | Athletic shirts; Baseball caps; Dresses; Driving gloves; Graphic T-shirts; Hats; Hooded sweatshirts; Jackets; Pants; Polo shirts; Pullovers; Shirts; Shorts; Skirts; Socks; Sweaters; Sweatpants; T-shirts; Tank tops |
| RADFORD DESIGN | USA | Finest Coachbuilding Group, LLC | Cancelled | 90213259 | 9/26/2020 | 37 | Automobile cleaning; Automobile customization services; Automobile detailing; Automobile painting; Automobile polishing; Automobile reconditioning services; Vehicle cleaning; Vehicle detailing; Vehicle maintenance; Vehicle painting; Vehicle polishing; Vehicle repair and maintenance; Restoration in the field of motor land vehicles; Vehicle repair consultation; Vehicle repair services; Combustion engine repair; Custom rebuilding of existing land vehicles and structural parts therefor; Maintenance and/or repair of motor land vehicles; Rebuilding of motor land vehicle engines; Refurbishing of motor land vehicles; Repair of automobiles |

RADFORD DESIGN

RADFORD DESIGN

USA

Finest Coachbuilding Group, LLC

Cancelled

90213313

9/26/2020

12

Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Airbags for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chains; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gear shifters; Automobile gear sticks; Automobile hoods; Automobile roof racks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage cells; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile sunroofs; Automobile suspension devices, namely, coilovers; Automobile suspension system components, namely, spring perches; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automobiles; Automobiles and structural parts therefor; Automotive engine mounts; Automotive hood ornaments; Automotive interior paneling; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers; Cargo carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for land vehicles; Door panels for land vehicles; Doors for automobiles; Drive shafts for land vehicles; Driving chains for land vehicles; Driving motors for land vehicles; Engine mounts for land vehicles; Engines for land vehicles; Fuel lines for vehicles; Gas tanks for land vehicles; Gearboxes; Glass windows for vehicles; Head rests for seats for motor cars; Hood shields as structural parts of vehicles; Horns for motor cars; License plate frames; Luggage carriers for automobiles; Luggage nets for vehicles; Motor car doors; Motor car seats; Motor car windows; Motor cars; Motors and engines for land vehicles; Motors for automobiles; Mud flaps for vehicles; Mudguards; Racing cars; Rearview mirrors for automobiles; Rims for vehicle wheels; Safety belts for vehicle seats; Seat belts for use in vehicles; Seats for automobiles; Shock absorbers for automobiles; Side view mirrors for vehicles; Sports cars; Steering wheel covers for automobiles; Steering wheels for automobiles; Structural parts for automobiles; Suspension systems for automobiles; Tires; Transmissions for land vehicles; Vehicle bodies; Vehicle brake discs; Vehicle brake pads; Vehicle bumpers; Vehicle chassis; Vehicle fuel tanks; Vehicle head rest covers; Vehicle hoods; Vehicle parts, namely, shock absorbers; Vehicle parts, namely, steering wheels; Vehicle seat cushions; Vehicle seats; Vehicle wheels; Wheel rims; Wheels for automobiles

| Mark | Country | Owner | Status | Serial No. | Date | Class | Goods/Services |
|---|---|---|---|---|---|---|---|
| RADFORD MAKERS OF FINE AUTOMOBILES | USA | Finest Coachbuilding Group, LLC | Pending | 90213304 | 9/26/2020 | 12 | Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Arm rests for vehicles; Automobile bodies; Automobile bumper guards; Automobile bumpers; Automobile chains; Automobile chassis; Automobile dashboards; Automobile door handles; Automobile engines; Automobile gear shifters; Automobile gear sticks; Automobile hoods; Automobile roof racks; Automobile seat cushions; Automobile snow socks; Automobile spare wheel holders; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile structural parts for racing purposes, namely, fuel storage systems and component parts; Automobile surroofs; Automobile suspension devices, namely, coilovers; Automobile suspension system components, namely, spring perches; Automobile tires; Automobile wheel shields; Automobile windshield sunshades; Automobile windshields; Automobiles; Automobiles and structural parts therefor; Automotive engine mounts; Automotive hood ornaments; Automotive interior painting; Automotive interior trim; Brake systems for vehicles; Car-top luggage carriers; Cargo carriers for vehicles; Cars; Chassis for motor vehicles; Clutches for land vehicles; Disc brake pads for vehicles; Disc brakes for land vehicles; Door panels for land vehicles; Doors for automobiles; Drive shafts for land vehicles; Driving chains for land vehicles; Driving motors for land vehicles; Engine mounts for land vehicles; Engines for land vehicles; Fuel lines for vehicles; Gas tanks for land vehicles; Gearboxes; Glass windows for vehicles; Head rests for seats for motor cars; Hood shields as structural parts of vehicles; Horns for motor cars; License plate frames; Luggage carriers for automobiles; Luggage nets for vehicles; Motor car doors; Motor car windows; Motor cars; Motors and engines for land vehicles; Motors for automobiles; Mud flaps for vehicles; Mudguards; Racing cars; Rearview mirrors for automobiles; Rims for vehicle wheels; Safety belts for vehicle seats; Seat belts for use in vehicles; Seats for automobiles; Shock absorbers for automobiles; Side view mirrors for vehicles; Sports cars; Steering wheel covers for automobiles; Steering wheels for automobiles; Structural parts for automobiles; Suspension systems for automobiles; Tires; Transmissions for land vehicles; Vehicle bodies; Vehicle brake discs; Vehicle brake pads; Vehicle bumpers; Vehicle chassis; Vehicle fuel tanks; Vehicle head rest covers; Vehicle hoods; Vehicle parts, namely, shock absorbers; Vehicle parts, namely, steering wheels; Vehicle seat cushions; Vehicle seats; Vehicle wheels; Wheel rims; Wheels for automobiles |
| RADFORD | USA | Finest Coachbuilding Group, LLC | Pending | 90213327 | 9/26/2020 | 37 | Automobile cleaning; Automobile customization services; Automobile detailing; Automobile painting; Automobile polishing; Automobile reconditioning services; Automobile repair and maintenance; Restoration in the field of motor land vehicles; Vehicle cleaning; Vehicle detailing; Vehicle maintenance; Vehicle maintenance consultation; Vehicle painting; Vehicle polishing; Vehicle repair and maintenance; Vehicle repair consultation; Vehicle repair services; Combustion engine repair; Custom rebuilding of existing land vehicles and structural parts therefor; Maintenance and/or repair of motor land vehicles; Rebuilding of motor land vehicle engines; Refurbishing of motor land vehicles; Repair of automobiles |
| SILK CUT | USA | Finest Coachbuilding Group, LLC | 97035725 | 9/20/2021 | 12 | Air conditioning ducts as structural parts of vehicles; Air flow spoilers for vehicles; Airbags |

**SOFA, Part 1 - Revenues**

| | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| Gross Vehicle Revenue | 1,749,430 | 2,922,295 | 2,904,400 | 780,000 |
| Gross Merch Revenue | - | - | 1,890 | 1,279 |
| Gross Media Revenue | - | - | - | 10,000 |
| Gross Other Revenue | 62,966 | - | 127,902 | 111,838 |
| **Total** | **1,812,396** | **2,922,295** | **3,034,193** | **903,117** |

**SOFA, Part 2, No. 3 - Payments to creditors within 90 days before filing this case**

| | Creditor | Date | Amount | | Reason for Transfer |
|---|---|---|---|---|---|
| 1 | Pony.ai | 10/1/2024 | $ | 17,767.00 | Rent |
| 2 | Isabel Roa | 8/21/2024 | $ | 15,000.00 | Compensation |
| 3 | Isabel Roa | 9/27/2024 | $ | 15,000.00 | Compensation |
| 4 | Isabel Roa | 10/2/2024 | $ | 15,000.00 | Compensation |
| 5 | Daniel Bednarski | 7/31/2024 | $ | 15,000.00 | Compensation |
| 6 | Daniel Bednarski | 8/30/2024 | $ | 20,000.00 | Compensation |
| 7 | Daniel Bednarski | 9/30/2024 | $ | 20,000.00 | Compensation |
| 8 | Airfloat Coach Manufacturing | 8/16/2024 | $ | 7,000.00 | Services |
| 9 | Airfloat Coach Manufacturing | 8/21/2024 | $ | 7,250.00 | Services |
| 10 | Airfloat Coach Manufacturing | 9/27/2024 | $ | 9,500.00 | Services |
| 11 | Airfloat Coach Manufacturing | 10/2/2024 | $ | 12,350.00 | Services |
| 12 | IBP MEDIA | 10/1/2023 | $ | 10,500.00 | Services |
| 13 | Cruz Consulting Limited | 7/17/2024 | $ | 3,000.00 | Services |
| 14 | Cruz Consulting Limited | 8/21/2024 | $ | 5,000.00 | Services |
| 15 | Cruz Consulting Limited | 9/27/2024 | $ | 6,873.80 | Services |
| 16 | Cruz Consulting Limited | 10/3/2024 | $ | 6,744.00 | Services |
| 17 | HOLLAND AUTOMOTIVE U.S.S. | 8/2/2024 | $ | 75,000.00 | Refund |

**SOFA, Part 2, No. 4 - Payments made within 1 year to or for the benefit of any insider**

| | Transferee | Date of Transfer | Amount | | Reason for Transfer |
|---|---|---|---|---|---|
| 1 | Dowsetts Classic Cars Limited | 10/4/2023 | $ | 3,067.35 | Services |
| 2 | Dowsetts Classic Cars Limited | 10/10/2023 | $ | 3,722.34 | Services |
| 3 | Dowsetts Classic Cars Limited | 10/17/2023 | $ | 3,083.78 | Services |
| 4 | Dowsetts Classic Cars Limited | 11/2/2023 | $ | 6,038.76 | Services |
| 5 | Dowsetts Classic Cars Limited | 11/10/2023 | $ | 4,383.97 | Services |
| 6 | Dowsetts Classic Cars Limited | 11/17/2023 | $ | 3,080.02 | Services |
| 7 | Dowsetts Classic Cars Limited | 11/22/2023 | $ | 3,085.08 | Services |
| 8 | Dowsetts Classic Cars Limited | 12/1/2023 | $ | 3,081.38 | Services |
| 9 | Dowsetts Classic Cars Limited | 12/5/2023 | $ | 3,080.18 | Services |
| 10 | Dowsetts Classic Cars Limited | 12/18/2023 | $ | 3,201.45 | Services |
| 11 | Dowsetts Classic Cars Limited | 12/22/2023 | $ | 3,208.53 | Services |
| 12 | Dowsetts Classic Cars Limited | 2/14/2024 | $ | 12,754.30 | Services |
| 13 | Dowsetts Classic Cars Limited | 2/20/2024 | $ | 3,928.32 | Services |
| 14 | Dowsetts Classic Cars Limited | 2/29/2024 | $ | 3,079.97 | Services |
| 15 | Dowsetts Classic Cars Limited | 3/4/2024 | $ | 3,332.39 | Services |
| 16 | Dowsetts Classic Cars Limited | 3/6/2024 | $ | 3,344.48 | Services |
| 17 | Dowsetts Classic Cars Limited | 3/11/2024 | $ | 3,364.43 | Services |
| 18 | Dowsetts Classic Cars Limited | 3/19/2024 | $ | 3,341.60 | Services |
| 19 | Dowsetts Classic Cars Limited | 3/28/2024 | $ | 3,315.60 | Services |
| 20 | Dowsetts Classic Cars Limited | 4/3/2024 | $ | 3,322.15 | Services |
| 21 | Dowsetts Classic Cars Limited | 5/10/2024 | $ | 2,911.18 | Services |
| 22 | Anthony Anstead | 10/10/2023 | $ | 8,000.00 | Compensation |
| 23 | Anthony Anstead | 10/17/2023 | $ | 1,500.00 | Compensation |
| 24 | Anthony Anstead | 1/30/2024 | $ | 6,000.00 | Compensation |
| 25 | Anthony Anstead | 2/7/2024 | $ | 5,000.00 | Compensation |
| 26 | Anthony Anstead | 2/14/2024 | $ | 6,000.00 | Compensation |
| 27 | Anthony Anstead | 2/27/2024 | $ | 6,000.00 | Compensation |
| 28 | Anthony Anstead | 3/4/2024 | $ | 6,000.00 | Compensation |
| 29 | Anthony Anstead | 3/13/2024 | $ | 16,000.00 | Compensation |
| 30 | Anthony Anstead | 3/28/2024 | $ | 4,500.00 | Compensation |

| 31 | Daniel Bednarski | 10/10/2023 | $ | 10,000.00 | Compensation |
|---|---|---|---|---|---|
| 32 | Daniel Bednarski | 11/14/2023 | $ | 10,000.00 | Compensation |
| 33 | Daniel Bednarski | 11/27/2023 | $ | 5,000.00 | Compensation |
| 34 | Daniel Bednarski | 12/1/2023 | $ | 5,000.00 | Compensation |
| 35 | Daniel Bednarski | 12/15/2023 | $ | 5,000.00 | Compensation |
| 36 | Daniel Bednarski | 12/19/2023 | $ | 5,000.00 | Compensation |
| 37 | Daniel Bednarski | 1/29/2024 | $ | 20,000.00 | Compensation |
| 38 | Daniel Bednarski | 2/26/2024 | $ | 2,000.00 | Compensation |
| 39 | Daniel Bednarski | 2/29/2024 | $ | 18,000.00 | Compensation |
| 40 | Daniel Bednarski | 3/29/2024 | $ | 20,000.00 | Compensation |
| 41 | Daniel Bednarski | 5/1/2024 | $ | 15,000.00 | Compensation |
| 42 | Daniel Bednarski | 6/24/2024 | $ | 25,000.00 | Compensation |
| 43 | Daniel Bednarski | 7/1/2024 | $ | 20,000.00 | Compensation |
| 44 | Daniel Bednarski | 7/31/2024 | $ | 15,000.00 | Compensation |
| 45 | Daniel Bednarski | 8/30/2024 | $ | 20,000.00 | Compensation |
| 46 | Daniel Bednarski | 9/30/2024 | $ | 20,000.00 | Compensation |
| 47 | Isabel Roa | 10/15/2023 | $ | 5,321.85 | Compensation |
| 48 | Isabel Roa | 10/31/2023 | $ | 5,321.86 | Compensation |
| 49 | Isabel Roa | 11/15/2023 | $ | 5,321.86 | Compensation |
| 50 | Isabel Roa | 11/30/2023 | $ | 5,351.49 | Compensation |
| 51 | Isabel Roa | 12/15/2023 | $ | 5,637.16 | Compensation |
| 52 | Isabel Roa | 12/31/2023 | $ | 5,869.14 | Compensation |
| 53 | Isabel Roa | 1/15/2024 | $ | 5,344.58 | Compensation |
| 54 | Isabel Roa | 1/31/2024 | $ | 5,344.59 | Compensation |
| 55 | Isabel Roa | 2/15/2024 | $ | 5,344.58 | Compensation |
| 56 | Isabel Roa | 2/29/2024 | $ | 5,344.58 | Compensation |
| 57 | Isabel Roa | 3/15/2024 | $ | 5,344.58 | Compensation |
| 58 | Isabel Roa | 3/31/2024 | $ | 5,344.58 | Compensation |
| 59 | Isabel Roa | 4/15/2024 | $ | 5,344.57 | Compensation |
| 60 | Isabel Roa | 4/30/2024 | $ | 5,344.59 | Compensation |
| 61 | Isabel Roa | 5/15/2024 | $ | 5,344.58 | Compensation |
| 62 | Isabel Roa | 5/31/2024 | $ | 5,344.59 | Compensation |

| 63 | Isabel Roa | 6/6/2024 | $ | 17,700.00 | Compensation |
|---|---|---|---|---|---|
| 64 | Isabel Roa | 6/15/2024 | $ | 5,344.58 | Compensation |
| 65 | Isabel Roa | 6/30/2024 | $ | 5,344.58 | Compensation |
| 66 | Isabel Roa | 8/21/2024 | $ | 15,000.00 | Compensation |
| 67 | Isabel Roa | 9/30/2024 | $ | 15,000.00 | Compensation |
| 68 | Isabel Roa | 10/2/2024 | $ | 15,000.00 | Compensation |
| 69 | James Dowle | 4/3/2024 | $ | 5,700.00 | Compensation |
| 70 | Airfloat Coach Manufacturing | 5/10/2024 | $ | 6,650.00 | Compensation |
| 71 | Airfloat Coach Manufacturing | 5/10/2024 | $ | 6,650.00 | Compensation |
| 72 | Airfloat Coach Manufacturing | 6/24/2024 | $ | 9,975.00 | Compensation |
| 73 | Airfloat Coach Manufacturing | 7/1/2024 | $ | 6,650.00 | Compensation |
| 74 | Airfloat Coach Manufacturing | 8/16/2024 | $ | 7,000.00 | Compensation |
| 75 | Airfloat Coach Manufacturing | 8/21/2024 | $ | 7,250.00 | Compensation |
| 76 | Airfloat Coach Manufacturing | 9/27/2024 | $ | 9,500.00 | Compensation |

**SOFA, Part 6, No. 13 – Transfers within 2 years outside the ordinary course**

|   | Transferee | Date of Transfer | Amount | Reason for Transfer |
|---|---|---|---|---|
| 1 | Antaria Limited | 9/27/2024 | $ 88,200.00 | Sale of Chassis |
| 2 | Antaria Limited | 9/30/2024 | $ 17,235.82 | Sale of Chassis |
| 3 | Pastor Velasco | 3/2/2023 | $ (150,000.00) | Refund |
| 4 | Pastor Velasco | 4/25/2023 | $ (50,000.00) | Refund |
| 5 | RTC AUTO GROUP LLC | 6/16/2023 | $ (50,000.00) | Refund |
| 6 | RTC AUTO GROUP LLC | 7/31/2023 | $ (50,308.22) | Refund |
| 7 | Shashi Reddy | 3/1/2024 | $ (100,000.00) | Refund |

**SOFA Part 11, No. 21 - Property held for another**

| | Owner | Item | Quantity | Value |
|---|---|---|---|---|
| 1 | Anthony Anstead | MAC Tools Cabinets | 4 | Unknown |
| 2 | Anthony Anstead | Various Mechanic tools | | Unknown |
| 3 | Anthony Anstead | VANS Airplane Components | 1 | Unknown |
| 4 | Anthony Anstead | The Comet(silver car) | 2 | Unknown |
| 5 | Anthony Anstead | Welder | 3 | Unknown |
| 6 | Anthony Anstead | Indian motor cycle | 1 | Unknown |
| 7 | Daniel Bednarski | Couch | 2 | Unknown |
| 8 | Anthony Anstead | Childrens Books | 900 | Unknown |

Fill in this information to identify the case and this filing:

Debtor Name _____

United States Bankruptcy Court for the: ____ __ __ __ __ __ __    District of _____
                                                                                          (State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/7/2024
              MM/ DD / YYYY

**X** _Daniel Belnarski_ (signature)
Signature of individual signing on behalf of debtor

Daniel Belnarski
Printed name

CFO/COO
Position or relationship to debtor